| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Martines Palmeiro Construction, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Arbor Contract Carpet, Inc.** P.O. Box 675082 Dallas, TX 75267-5082 | | **Subcontractor** | | | | **$254,255.60** |
| **Blake Solutions** 7895 Courtyard Plaza Memphis, TN 38119 | | **Subcontractor** | | | | **$798,488.25** |
| **Builders FirstSource, INC** 8037 Midway Dr Littleton, CO 80125 | | **Subcontractor** | | | | **$395,722.84** |
| **Custom Concrete Cutting, Inc.** P.O. Box 1060 Brighton, CO 80601 | | **Subcontractor** | | | | **$270,511.87** |
| **Dema Plumbing, Inc.** 7384 S Alton Way, Suite 203 Englewood, CO 80112 | | **Subcontractor** | | | | **$444,842.19** |
| **Douglass Colony** 5901 E. 58th Ave Commerce City, CO 80022 | | **Vendor** | | | | **$563,383.40** |
| **E-Z Excavating, Inc.** P.O. Box 1439 Longmont, CO 80502 | | **Subcontractor** | | | | **$352,791.62** |
| **Four Star Drywall Residential, Inc.** 2290 Dayton Street Aurora, CO 80010 | | **Subcontractor** | | | | **$1,238,043.56** |

Debtor   **Martines Palmeiro Construction, LLC**                                    Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Freund & Freund Plumbing & Heating**<br>**1950 Chambers Road**<br>**Aurora, CO 80011** | | **Subcontractor** | | | | **$719,785.20** |
| **Landtech Contractors, Inc.**<br>**525 Laredo Street**<br>**Aurora, CO 80011** | | **Subcontractor** | | | | **$1,233,563.94** |
| **Messer Painting, LLC**<br>**216 High Plains St.**<br>**Castle Rock, CO 80104** | | **Subcontractor** | | | | **$249,334.18** |
| **Rago Enterprises, LLC**<br>**5610 FM 2218**<br>**Richmond, TX 77469** | | **Vendor** | | | | **$303,209.51** |
| **Randy's Drywall Services, LLC**<br>**4112 Kodiak Court Unit A**<br>**Longmont, CO 80504** | | **Subcontractor** | | | | **$454,545.44** |
| **SNR Contractors & Associates**<br>**19029 E. Plaza Drive Suite 250**<br>**Parker, CO 80134** | | **Subcontractor** | | | | **$348,766.24** |
| **Specialty Appliance, Inc.**<br>**8775 E. Orchard Rd. Suite 805**<br>**Greenwood Village, CO 80111** | | **Subcontractor** | | | | **$575,614.79** |
| **Standard Interiors**<br>**1050 W. Hampden Ave.**<br>**Suite 300**<br>**Englewood, CO 80110** | | **Subcontractor** | | | | **$368,667.79** |
| **Steele Bros. Heating, Inc.**<br>**7147 Reynolds Dr.**<br>**Sedalia, CO 80135** | | **Subcontractor** | | | | **$574,809.61** |
| **Systems Management Group, LLC**<br>**18850 E. Clarke Rd. Unit 100**<br>**Parker, CO 80134** | | **Subcontractor** | | | | **$345,483.04** |

Debtor   **Martines Palmeiro Construction, LLC**　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Colorado Floor Company**<br>**5420 Ward Road**<br>**Arvada, CO 80002** | | **Subcontractor** | | | | **$289,874.78** |
| **Whirlpool Corporation**<br>**PO Box 88129**<br>**Chicago, IL 60695-1129** | | **Vendor** | | | | **$920,262.32** |

Official form 204　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　page 3