# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| Martines Palmeiro Construction, LLC | ) Case No. 25-12313-TBM |
| Tax ID / EIN: 27-5490625 | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

## UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

    The United States Trustee for Region 19 (the "UST"), by and through undersigned counsel, files this entry of appearance and request for notices. Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated: April 22, 2025

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee, Region 19

/s/ Paul Moss
Paul Moss, #26903
Trial Attorney for the U.S. Trustee
1961 Stout Street, Suite 12-200
Denver, CO 80294
(303) 312-7995 telephone
Paul.Moss@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2025, a copy of the UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES was served by deposit in the United States Mail (and any and all parties who have requested electronic notice through the court's CM/ECF system) in compliance with the Federal Rules of Bankruptcy Procedure and the Court's Local Rules:

April 22, 2025

Via CM/ECF to:

      Jeffrey Weinman

                                            /s/ Paul Moss
                                            Office of the United States Trustee