**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | |
| Martines Palmeiro Construction, LLC | Case No.: 25-12313 TBM |
| EIN: 27-5490625 | Chapter 11 |
| Debtor. | |

**MOTION FOR ORDER FIXING TIME WITHIN WHICH PROOFS OF CLAIM SHALL BE FILED WITH THE COURT**

Debtor-in-Possession, Martines Palmeiro Construction, LLC ("Debtor"), through its counsel, Allen Vellone Wolf Helfrich & Factor P.C., moves this Court for an Order pursuant to Rule 3003(c)(3) F.R.B.P., fixing the time within which Proofs of Claim shall be filed with the Court. Further, Debtor requests that this Court provide Debtor with an appropriate form of Notice which the Court requires with respect to creditors filing Proofs of Claim and to establish a deadline by which Debtor must mail its Notice of deadline for filing Proofs of Claim to its creditors. In support of its motion, Debtor states as follows:

1. Debtor filed its Voluntary Chapter 11 Bankruptcy Petition on April 21, 2025.

2. Since the date of the filing of its bankruptcy petition, Debtor has remained in possession of its assets and has operated its business and managed its financial affairs as a Debtor-in-Possession pursuant to 11 U.S.C. §§1107 and 1108.

3. In order to assist Debtor with the administration of its bankruptcy estate, formulation of a Plan, and preparation of a Disclosure Statement, Debtor respectfully requests that this Court enter an order fixing a date by which creditors are to file Proofs of Claim. Debtor further requests that this Court provide Debtor with a form of notice and a deadline by which to mail to creditors containing such information as the Court deems appropriate and necessary for creditors filing Proofs of Claim. A proposed form of Notice of deadline for filing Proofs of Claim is attached hereto as **Exhibit 1**.

4. Debtor is informed and believes that cause exists for establishing a deadline for filing Proofs of Claim. Such deadline will assist in the administration of the estate, assist the claims review process, assist Debtor in the formulation of a Plan of Reorganization and assist in the preparation of an adequate Disclosure Statement.

5. Establishing a deadline for filing Proofs of Claim will not prejudice Debtor's creditors or other parties in interest with respect to this matter.

6. Debtor is informed and believes that an appropriate deadline for filing Proofs of Claim in this case should be established at forty-five (45) days following the entry of the Court's Order establishing such deadline, or a deadline as may otherwise be established by order of this Court.

WHEREFORE, for reasons as set forth above, the Debtor respectfully requests that this Court enter an Order setting a deadline by which creditors are to file Proofs of Claim in the within bankruptcy proceeding.

Dated this 2nd day of May 2025.

Respectfully submitted,

/s/Jeffrey A. Weinman
Patrick D. Vellone, Colorado Bar No. 15284
Matthew M. Wolf, Colorado Bar No. 33198
Jeffrey A. Weinman, Colorado Bar No. 7605
Katharine S. Sender, Colorado Bar No. 47925
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1900
Denver, Colorado 80202
(303) 534-4499
PVellone@allen-vellone.com
MWolf@allen-vellone.com
JWeinman@allen-vellone.com
KSender@allen-vellone.com

*Martines Palmeiro Construction, LLC*

## **CERTIFICATE OF SERVICE**

  I undersigned hereby certifies that on the 2nd day of May 2025, a true and correct copy of the foregoing Debtor's Motion to Limit Notice of Motions and Other Pleadings has been served by ECF on all parties against whom relief is sought and those otherwise entitled to services pursuant to FED.R.BANK.P. and these L.B.R. at these addresses:

| | |
|---|---|
| Paul Moss | US Trustee |
| Paul.Moss@usdoj.gov | USTPRegion19.DV.ECF@usdoj.gov |

               */s/ Rebecca H. Bradshaw*
               Allen Vellone Wolf Helfrich & Factor P.C.