UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: Martines Palmeiro Construction, LLC<br><br>EIN: 27-5490625<br><br>Debtor. | Case No.:  25-12313 TBM<br><br>Chapter 11 |

**NOTICE OF ORDER ESTABLISHING PROCEDURES AND BAR DATE FOR THE FILING OF PROOFS OF CLAIM PURSUANT TO BANKRUPTCY RULE 3003(C)(3)**

**TO INDIVIDUALS AND ENTITIES WHO MAY BE CREDITORS OF DEBTOR:**

Please take notice that the Bankruptcy Court has entered an Order establishing procedures and a bar date for filing proofs of claim pursuant to Fed.R.Bankr.P. 3003(c)(3) as follows:

(a) All proofs of claim must be filed with the Clerk of the Bankruptcy Court by e-filing, by mail or in person, such that they are received no later than _____, **2025 (the "Bar Date")**, at the following address:

> Clerk of the United States Bankruptcy Court
> United States Customs House
> 721 19th Street
> Denver, CO 80202.

**CLAIMS ARE NOT DEEMED FILED UNTIL ACTUALLY RECEIVED BY THE CLERK**. Claimants can file an electronic proof of claim on the Court's website at www.cob.uscourts.gov/proof-claim. No login or password is required.

(b) **ANY CLAIMS FILED AFTER THE BAR DATE SHALL BE DISALLOWED.** Any individual or entity that is required to file a proof of claim by the Bar Date and that fails to do so shall not be treated as a creditor for the purposes of voting or distribution, may not receive any further notices of mailings in this Chapter 11 case and any claim of such individual or entity shall be forever barred.

(c) Any creditor holding a claim arising prior to the date of Debtor's Chapter 11 bankruptcy filing, **April 21, 2025**, must file a proof of claim with the Court if the claim is: (i) not scheduled, (ii) scheduled as disputed, contingent, or unliquidated, or (iii) if such creditor disagrees with the amount of the scheduled claim.

**EXHIBIT 1**
**Page 1 of 2**

(d) Following the Bar Date, a creditor shall not be allowed to amend a claim deemed filed on its behalf pursuant to 11 U.S.C. § 1111(a) by virtue of the listing of such claim by Debtor in its bankruptcy schedules.

(e) CLAIMANTS WHO HAVE ALREADY FILED THEIR PROOFS OF CLAIM SHOULD NOT FILE A DUPLICATE CLAIM. Claimants who have filed a Proof of Claim MAY file an amended Proof of Claim by the Bar Date.

**ANY CLAIM NOT PROPERLY FILED WITH THE CLERK WITHIN THE TIME SET FORTH ABOVE WILL BE FOREVER BARRED FROM SHARING IN THE ESTATE OR BEING TREATED AS A CLAIM FOR PURPOSES OF VOTING OR DISTRIBUTION**.

Dated the __ day of April 2025.

Respectfully submitted,

*/s/Jeffrey A. Weinman*
Patrick D. Vellone, Colorado Bar No. 15284
Matthew M. Wolf, Colorado Bar No. 33198
Jeffrey A. Weinman, Colorado Bar No. 7605
Katharine S. Sender, Colorado Bar No. 47925
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1900
Denver, Colorado 80202
(303) 534-4499
PVellone@allen-vellone.com
MWolf@allen-vellone.com
JWeinman@allen-vellone.com
KSender@allen-vellone.com

*Martines Palmeiro Construction, LLC*