**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re: | |
| Martines Palmeiro Construction, LLC | Case No. 25-12313 TBM |
| Debtor. | Chapter 11 |

**MOTION FOR EXTENSION OF TIME TO FILE STATEMENTS AND SCHEDULES**

Debtor-in-Possession, Martines Palmeiro Construction, LLC (the "Debtor"), by and through undersigned counsel, hereby submits its Motion for Extension of Time to file its Statement of Financial Affairs, Summary of Assets and Liabilities, and all Schedules (collectively herein referred to as "Statements and Schedules"), and in support thereof states as follows:

1. Debtor filed its voluntary bankruptcy petition under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. on April 21, 2025 (Docket No. 1).

2. On April 22, 2025, the Court issued a Notice of Deficiency and ordered the Debtor to file its Statements and Schedules by May 5, 2025 (Docket No. 6).

3. Debtor is still in the process of putting together and finalizing its financial documents and Debtor and Debtor's counsel require additional time to discuss and review Debtor's financial affairs for accuracy. Due to the press of other business of counsel and staff, additional time is needed to complete the financial documents and Statements and Schedules.

4. Debtor is therefore requesting an extension of time of fourteen (14) days, through and including May 19, 2025, within which to file its Statements and Schedules.

5. Pursuant to 11 U.S.C. § 341, the first meeting of creditors and equity security holders is set for May 27, 2025. An Initial Debtor Interview with the U.S. Trustee's Office has been set for May 21, 2025. An extension of fourteen (14) days, through and including May 19, 2025, will not prejudice any party and will provide sufficient time to review the Statements and Schedules prior to the Initial Debtor Interview and Meeting of Creditors.

6. Accordingly, good cause exists to extend the deadline to file Debtor's Statements and Schedules by fourteen (14) days through and including May 19, 2025.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order extending the deadline to file Debtor's Statements and Schedules for an additional fourteen (14) days, through and including May 19, 2025, and for such other relief deemed just and proper.

Dated this 5th day of May 2025.

        Respectfully submitted,

        */s/ Jeffrey A. Weinman*
        Jeffrey A. Weinman #7605
        Katharine S. Sender #47925
        Allen Vellone Wolf Helfrich & Factor P.C.
        1600 Stout Street, Suite 1900
        Denver, Colorado 80202
        (303) 534-4499
        JWeinman@allen-vellone.com
        KSender@allen-vellone.com

        *Counsel for Debtor-in-Possession*
        *Martines Palmeiro Construction, LLC*

## Certificate of Service

      I certify that on May 5, 2025, I electronically filed the foregoing with the Clerk of Court, and a copy was served via CM/ECF, according to L.B.R. 5005-4(a), on the following:

| | |
|---|---|
| US Trustee<br>USTPRegion19.DV.ECF@usdoj.gov | Mark D. Gruskin<br>mgruskin@sennlaw.com |
| Paul Moss<br>Paul.Moss@usdoj.gov | Kyler K. Burgi<br>kyler.burgi@davisgraham.com |
| Matthew S. Rork<br>mrork@fwlaw.com | David B. Law<br>dbl@millerandlaw.com |
| Daniel J. Garfield<br>dgarfield@fwlaw.com | William H. Eikenberry<br>beikenberry@joneskeller.com |

                                            */s/ Lisa R. Kraai*
                                            Allen Vellone Wolf Helfrich & Factor P.C.