# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| Martines Palmeiro Construction, LLC | Case No. 25-12313 TBM |
| Debtor. | Chapter 11 |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE STATEMENTS AND SCHEDULES

THIS MATTER comes before the Court on the Debtor's Motion for Extension of Time to File Statements and Schedules (the "Motion"). The Court, having reviewed the Motion, is advised in the premises, and there being good cause for granting the Motion, hereby

ORDERS that the Motion is hereby granted, and the deadline for the Debtor to file its Statements and Schedules is extended by fourteen (14) days, through and including **May 19, 2025**.

Dated: _____

BY THE COURT:

_____
The Honorable Thomas B. McNamara
United States Bankruptcy Judge