United States Bankruptcy Court
District of Colorado

In re:     Case No. 25-12313-TBM
Martines Palmeiro Construction, LLC     Chapter 11
     Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: May 07, 2025     Form ID: pdf904     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Martines Palmeiro Construction, LLC, 2100 Downing Street, Denver, CO 80205-5271 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel J Garfield | on behalf of Creditor Plaza Fitzsimons Owner LLC dgarfield@fwlaw.com, Garfield.DanielB145538@notify.bestcase.com;dlawrence@fwlaw.com;paralegal@fwlaw.com |
| David Law | on behalf of Creditor Perfection Painting Company dbl@millerandlaw.com pej@millerandlaw.com,mms@millerandlaw.com |
| David Law | on behalf of Creditor The Hiller Companies LLC dbl@millerandlaw.com, pej@millerandlaw.com,mms@millerandlaw.com |
| Jeffrey Weinman | on behalf of Debtor Martines Palmeiro Construction LLC jweinman@allen-vellone.com, lkraai@allen-vellone.com;jweinmantrustee@outlook.com;allen-vellone@myecfx.com;la@allen-vellone.com |
| Katharine S. Sender | on behalf of Debtor Martines Palmeiro Construction LLC ksender@allen-vellone.com, la@allen-vellone.com,allen-vellone@myecfx.com |

District/off: 1082-1 User: admin Page 2 of 2
Date Rcvd: May 07, 2025 Form ID: pdf904 Total Noticed: 1

| | |
|---|---|
| Kyler Burgi | on behalf of Interested Party Avalon Westminster Promenade LLC kyler.burgi@davisgraham.com paige.finnell@davisgraham.com |
| Mark Gruskin | on behalf of Creditor Four Star Drywall Residential Inc. mgruskin@sennlaw.com, jbrown@sennlaw.com;bparedes@sennlaw.com |
| Mark Gruskin | on behalf of Creditor Simple Homes LLC mgruskin@sennlaw.com, jbrown@sennlaw.com;bparedes@sennlaw.com |
| Matthew S. Rork | on behalf of Creditor Plaza Fitzsimons Owner LLC mrork@fwlaw.com, smeyer@fwlaw.com,paralegal@fwlaw.com |
| Paul Moss | on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |
| William H Eikenberry | on behalf of Creditor Sunbelt Rentals Inc. beikenberry@joneskeller.com, emorse-lee@joneskeller.com |
| William H Eikenberry | on behalf of Creditor Landtech Contractors LLC beikenberry@joneskeller.com, emorse-lee@joneskeller.com |

TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| Martines Palmeiro Construction, LLC | Case No. 25-12313 TBM |
| Debtor. | Chapter 11 |

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE STATEMENTS AND SCHEDULES

     THIS MATTER comes before the Court on the Debtor's Motion for Extension of Time to File Statements and Schedules (Docket No. 40, the "Motion"). The Court, having reviewed the Motion, is advised in the premises, and there being good cause for granting the Motion, hereby

     ORDERS that the Motion is hereby granted, and the deadline for the Debtor to file its Statements and Schedules is extended by fourteen (14) days, through and including **May 19, 2025**.

     Dated: May 6, 2025

                               BY THE COURT:

                               _____
                               The Honorable Thomas B. McNamara
                               United States Bankruptcy Judge