**Fill in this information to identify the case:**

Debtor name   **Martines Palmeiro Construction, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **25-12313 TBM**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$60,331,650.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$182,838,362.00** |
| **For the fiscal year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$193,173,267.00** |

2.  **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | **Sale of Vehicle** | **$2,448.00** |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Martines Palmeiro Construction, LLC**                              Case number *(if known)*  **25-12313 TBM**

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **SEE ATTACHED** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other____ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Martines, Michael**<br>**1926 Leyden Street**<br>**Denver, CO 80220**<br>**Managing Member of MPC Holding Company, LLC** | **2/1/24** | **$9,643.94** | **Expense reimbursement** |
| 4.2.   **Lu, Bin**<br>**7709 E. 32nd Avenue**<br>**Denver, CO 80238**<br>**Member of MPC Holding Company, LLC** | **2/2/24** | **$1,855.33** | **Expense reimbursement** |
| 4.3.   **Lajimodiere, Tony**<br>**7809 E. 28th Place**<br>**Denver, CO 80238**<br>**Member of MPC Holding Company, LLC** | **4/29/24** | **$2,433.18** | **Expense reimbursement** |

5.  **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Martines Palmeiro Construction, LLC**                    Case number *(if known)* **25-12313 TBM**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **Rocky Mountain Children's Health Found 5394 Marshall Street Suite 400 Arvada, CO 80002** | **Donation** | **1/31/23** | **$10,000.00** |
| **Recipients relationship to debtor Cory Palmeiro is a Board Member** | | | |
| 9.2. **Wish for Wheels 4600 S. Ulster Street Suite 1050 Denver, CO 80237** | **Donation** | **4/17/23** | **$5,300.00** |
| **Recipients relationship to debtor None** | | | |
| 9.3. **American Cancer Society 865 Albion Street Suite 250 Denver, CO 80220** | **Donation** | **6/19/23** | **$3,000.00** |
| **Recipients relationship to debtor Chelsey Dohrn, Local Board Member** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **3**

Debtor   **Martines Palmeiro Construction, LLC**                     Case number *(if known)*  **25-12313 TBM**

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Allen Vellone Wolf Helfrich & Factor, PC<br>1600 Stout Street<br>Suite 1900<br>Denver, CO 80202 | Chapter 11 Retainer | 10/30/2024 | $50,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Lajimodiere, Tony<br>7809 E. 28th Place<br>Denver, CO 80238 | 2019 Audi Q7 | 6/30/23 | $10,000.00 |
| | Relationship to debtor<br>Member of MPC Holding Company, LLC | | | |
| 13.2. | Martines, Michael<br>1926 Leyden Street<br>Denver, CO 80220 | 2016 GMC Sierra Denali | 12/31/22 | $0.00 |
| | Relationship to debtor<br>Managing Member of MPC Holding Company, LLC | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Martines Palmeiro Construction, LLC**                     Case number *(if known)* **25-12313 TBM**

---

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

| Debtor | **Martines Palmeiro Construction, LLC** | | Case number *(if known)* | **25-12313 TBM** |

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |

---

Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **6**

| Debtor | **Martines Palmeiro Construction, LLC** | Case number *(if known)* | **25-12313 TBM** |
|---|---|---|---|

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Lang Allen** **CPA** | **2022 and 2023** |
| 26a.2. **Adam Allan** **CPA** | **2022 and 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **First Bank** **12345 West Colfax Ave** **Denver, CO 80215** |
| 26d.2. **Collegiate Peaks Bank** **885 S Colorado Blvd** **Denver, CO 80246** |
| 26d.3. **Surescape Insurance Services** **7800 S. Elati Street** **Suite 100** **Littleton, CO 80120** |
| 26d.4. **Alliant Insurance** **6400 S Fiddlers Green Cir, 20th Floor** **Greenwood Village, CO 80111** |
| 26d.5. **Matthew Rohde, Samsung Credit Analyst** **Samsung Electronics America** |
| 26d.6. **Rangewater Real Estate** **3000 Lawrence Street #137** **Denver, CO 80205** |
| 26d.7. **BDO** **303 17th Street, Suite 600** **Denver, CO 80203** |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Debtor | **Martines Palmeiro Construction, LLC** | | Case number *(if known)* | **25-12313 TBM** |
|---|---|---|---|---|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Martines | 1926 Leyden Street Denver, CO 80220 | Managing Member | 70 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bin Lu | 7709 E 32nd Avenue Denver, CO 80238 | Member | 15 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tony Lajimodiere | 7809 E 28th Place Denver, CO 80238 | Member | 15 |

**29.** Within 1 year before the filing this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Martines, Michael** 1926 Leyden Street Denver, CO 80220 | $9,543.94 | 2/1/24 | Expense reimbursement |
| | **Relationship to debtor** Managing Member of MPC Holding Company, LLC | | | |
| 30.2. | **Lu, Bin** 7709 E. 32nd Avenue Denver, CO 80238 | $1,855.33 | 2/2/24 | Expense reimbursement |
| | **Relationship to debtor** Member of MPC Holding Company, LLC | | | |

Debtor   **Martines Palmeiro Construction, LLC**          Case number *(if known)*  **25-12313 TBM**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Lajimodiere, Tony**<br>**7809 E. 28th Place**<br>**Denver, CO 80238** | **$2,433.18** | **4/29/24** | **Expense reimbursement** |
| | Relationship to debtor<br>**Member of MPC Holding Company, LLC** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **MPC Holding Company, LLC** | **EIN:     83-2198505** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Martines Palmeiro Construction 401K Plan** | **EIN:     27-5490625** |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 19, 2025**

**/s/ Michael Martines**                                    **Michael Martines**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Managing Member of MPC Holding Company, LLC**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Subcontractor-trim | Contested (Yes) | Paid in the Last 90 | Open A/P | Street | Unit | City | State | Zip Code | Entity Type | EIN |
|---|---|---|---|---|---|---|---|---|---|---|
| A Door Source, Inc. | | 63,446.47 | 1,584.52 | 5970 N. Broadway | | Denver | CO | 80216 | LLC | 68-0667053 |
| A+ Waterproofing & Sealants | | 120,830.37 | | 3975 E 56th Ave | Unit A-1 | Commerce City | CO | 80022 | Individual/Sole Proprietor | 47-3135625 |
| Acme Brick Co. | | 8,242.20 | 36,978.12 | PO Drawer 99198 | | Fort Worth | TX | 76199 | C Corporation | |
| Acme Scenic and Display, Inc | Yes | 45,799.65 | 114,163.31 | 7737 NE Lombard St | | Portland | OR | 97218 | S Corporation | 75-2403336 |
| Acoustics Systems, Inc | | | 3,474.53 | 3367 S Eliot St | | Englewood | CO | 80110 | | |
| AJM Framers | Yes | | 184,043.27 | 58 Inverness Dr E | Suite 202 | Englewood | CO | 80112 | | |
| AJS Enterprise | | 63,566.78 | 47,524.74 | 15594 E. Batavia Drive | Unit B | Aurora | CO | 80011 | Individual | |
| Alaskan Austin LLC | | | 2,997.76 | 1803 Williams Drive | | Marietta | GA | 30066 | | |
| All Year Around, LLC | Yes | 78,505.50 | 25,652.00 | 289 S. De Gaulle St. | | Aurora | CO | 80018 | Individual/Sole Proprietor | 84-3643757 |
| Alpha Insulation & Waterproofing | Yes | 10,800.00 | 37,345.87 | 1649 Universal City Blvd. | Suite 101 | Universal City | TX | 78148 | S Corporation | 74-2236207 |
| Alpine Glass Company Acquisition, LLC | Yes | | 35,122.01 | 8700 Grant Street | Suite 200 | Thornton | CO | 80229 | | |
| Alternate Resistance Specialists | | 13,714.68 | - | 6670 Holman St. | # 706 | Arvada | CO | 80004 | Partnership | 45-2157930 |
| Amerco Fab, LLC | | 129,905.40 | 38,661.07 | 2528 Weston Rd. | | Colorado Springs | CO | 80910 | Individual/Sole Proprietor | 46-1393930 |
| American Demolition, Inc | Yes | | 27,428.61 | 401 N. Kuner Rd | | Brighton | CO | 80601 | | |
| American Fence Company, Inc. | | 28,165.95 | 20,820.26 | P.O. Box 19040 | | Phoenix | AZ | 85005 | S Corporation | 86-0109542 |
| American West Construction, LLC | | 67,800.00 | - | 275 E. 64th Avenue | | Denver | CO | 80221 | LLC | 75-3056142 |
| Ammex Masonry | Yes | | 247,570.39 | PO Box 1758 | | Commerce City | CO | 80037 | | |
| Anthem Erosion Control and Landscaping Inc | | 23,662.10 | 17,347.25 | 704 Fortino Blvd | Ste D | Pueblo | CO | 81008 | C Corporation | 93-4671072 |
| Apex Pavement Solutions | | | 1,466.98 | 607 10th St | #207 | Golden | CO | 80401 | | |
| AQ Granite LLC | | 37,339.41 | - | Attn: Orlando Ramos | 2102 Pearl Bay CT | Pearland | TX | 77584 | Individual/Sole Proprietor | 81-4137825 |
| Arbor Contract Carpet, Inc. | Yes | 58,618.80 | 275,389.20 | PO Box 675082 | | Dallas | TX | 75267-5082 | C Corporation | 75-1793333 |
| Associated Building Specialties | Yes | 93,135.28 | 84,244.32 | 1785 W. 160th Ave | Suite 400 | Broomfield | CO | 80023 | C Corporation | 84-1038108 |
| Associated Cement Contractors, Inc. | | 54,431.13 | 99,695.93 | P.O. Box 249 | | West | TX | 76691 | S Corporation | |
| Bailey Professional Solutions | Yes | | 25,317.50 | 5737 S Kenton St | | Englewood | CO | 80111 | | |
| Barnes Construction Co. | | 20,678.58 | - | 3345 S. Platte River Dr. | | Englewood | CO | 80110 | S Corporation | 47-2672721 |
| Belfor Property Restoration | | 82,177.51 | 24,523.13 | 5085 Kalamath Street | | Denver | CO | 80221 | C Corporation | |
| Black Roofing, Inc. | Yes | 9,615.42 | 54,726.39 | 6115 Ben Place | Suite A | Boulder | CO | 80301 | C Corporation | 84-1096626 |
| Blake Solutions | Yes | 77,017.90 | 757,079.15 | 7895 Courtyard Plaza | | Memphis | TN | 38119 | LLC | 20-4128170 |
| Blue Bear Waste Services | | 107,256.86 | 18,500.00 | 461 E 66th Ave | | Denver | CO | 80221 | LLC | 81-2329832 |
| Blueprint Skilled Services LLC | | 13,223.01 | - | 1075 S. Yukon St. | Suite 150 | Lakewood | CO | 80226 | C Corporation | 27-1672761 |
| BMC Install | | | 60,123.35 | 7881 South Wheeling Court | | Englewood | CO | 80112 | | |
| Bolsillo Brothers | | | 7,778.31 | 18200 E 136 Ave | | Brighton | CO | 80603 | | |
| BrandSafway Solutions | | 18,315.62 | 3,328.00 | PO Box 91473 | | Chicago | IL | 60693 | C Corporation | 46-4165488 |
| Builder Services Group (USI/RG) | Yes | 195,944.56 | 76,378.18 | 475 N Williamson Blvd | | Daytona Beach | FL | 32114 | C Corporation | 59-3214406 |
| Builders FirstSource, Inc. | | 120,978.59 | - | 8037 Midway Drive | | Littleton | CO | 80125 | C Corporation | 52-2084569 |
| Burke's Construction LLC | | 22,500.00 | 62,800.00 | 1563 S. Oswego Court | | Aurora | CO | 80012 | LLC | 45-2279631 |
| Caesarstone USA, Inc. | | 111,387.90 | - | 9275 Crobin Avenue | | Northridge | CA | 91325 | C Corporation | 95-4747697 |
| Chase Card Services | | 8,486.94 | - | P.O. Box 94014 | | Palatine | IL | 94014 | Corporation | |
| CMS Environmental Solutions, LLC | | 10,517.50 | 11,260.00 | 5231 S Quebec Street | | Greenwood Village | CO | 80111 | Partnership | 45-0572616 |
| Coastal Industries, Inc. | | 19,140.00 | 2,247.00 | PO Box 16091 | | Jacksonville | FL | 32245 | C Corporation | 59-1378917 |
| Colorado Barricade Co. | Yes | 69,799.21 | 45,605.00 | 2295 S. Lipan St. | | Denver | CO | 80223 | Partnership | 46-3000981 |
| Colorado Chute Company, Inc | Yes | | 94,880.91 | 7348 S Quebec Ct | | Centennial | CO | 80112 | | |
| Colorado Crete Inc. | Yes | | 128,839.71 | 4960 Locust Street | | Commerce City | CO | 80022 | | |
| Colorado Clean Up Corporation | | 40,262.42 | - | 16 Inverness Place E | Building D, Suite 100 | Englewood | CO | 80112 | S Corporation | 01-0657779 |
| Colorado Concrete Polishing | | 24,177.00 | | 5005 Richards Ct. | | Elizabeth | Colorado | 80107 | Need W9 | |
| Colorado Flatwork, Inc. | Yes | 105,345.36 | 92,819.81 | 2330 Waynoka Rd. | | Colorado Springs | CO | 80915 | C Corporation | 84-1208194 |
| Colorado Multifamily Construction | | 107,229.03 | | 3080 W 107th PL | Unit 8 | Westminster | CO | 80031 | Individual/Sole Proprietor | |
| Commercial Fence and Iron Works, LLC | | 85,488.29 | 33,005.28 | 10270 S. Progress Way | | Parker | CO | 80134 | S Corporation | 26-0581817 |
| Complete Door Systems, Inc. | | 33,952.50 | 44,896.87 | 8100 Dahlia St | Building 4 | Henderson | Colorado | 80640 | C Corporation | 84-1192188 |
| Concrete Floor Systems | | | 2,116.75 | 2051 W College Avenue | | Englewood | CO | 80110 | | |
| Conserive Metering Solutions | | 8,609.55 | 89,125.78 | PO Box 4647 | | Logan | UT | 84323 | Partnership | 87-0660875 |
| Cre8tive Pool & Spa LLC | Yes | 43,517.14 | 52,131.63 | 2666 S. Eaton Place | | Lakewood | CO | 80227 | LLC | 46-1067059 |
| Creative Electric, Inc. | Yes | 758,036.80 | 998,582.67 | PO Box 27637 | | Denver | CO | 80227 | S Corporation | 84-1214361 |
| Crown Custom Corporation | | 19,276.31 | 31,131.66 | 1400 Warren Dr. | | Marshall | TX | 75672 | C Corporation | 75-2460194 |
| Custom Concrete Cutting Inc | | 142,275.83 | 115,352.24 | PO Box 1060 | | Brighton | CO | 80601 | C Corporation | 84-0949006 |
| Custom Restoration, Inc. | | 71,644.00 | 76,202.58 | PO Box 33541 | | Denver | Colorado | 80233 | S Corporation | 20-5748872 |
| d-7 Roofing, LLC | | 152,881.52 | 20,271.39 | 6425 N. Washington St. | Unit 15 | Denver | CO | 80229 | C Corporation | 84-1269997 |
| Dema Plumbing Inc. | | 286,754.85 | 339,324.19 | PO Box 2392 | | Durango | CO | 81302 | Corporation | 84-1198970 |
| Denver Brick and Block LLC | | 54,083.82 | 308,112.86 | 2100 N Downing Street | | Denver | CO | 80205 | LLC | 83-0893795 |
| Denver Concrete Works, Inc. | | 10,734.50 | | P.O. Box 1387 | | Wheat Ridge | CO | 80034 | C Corporation | 47-4063920 |
| Douglass Colony Group | Yes | | 418,946.07 | 5901 E 58th Ave | | Commerce City | CO | 80022 | | |
| E&K of Denver | | | 2,300.00 | 1401 E 69th Ave | | Denver | CO | 80229 | | |

| Name | Flag | Amount 1 | Amount 2 | Address | Unit | City | State | Zip | Entity Type | EIN |
|---|---|---|---|---|---|---|---|---|---|---|
| Eco-Pan, Inc. | | 11,227.08 | 12,209.93 | PO Box 913359 | | Denver | CO | 80291-3359 | S Corporation | 42-1595533 |
| E-Z Excavating, Inc. | | 27,714.35 | 188,045.98 | PO Box 1439 | | Longmont | CO | 80502 | S Corporation | 84-1177135 |
| Faris Machinery | | 22,585.33 | | PO BOX 911287 | | Denver | CO | 80291-1827 | S Corporation | 84-0424667 |
| Ferguson Enterprises, Inc. | | 53,283.92 | 2,292.15 | PO BOX 802817 | | chicago | il | 60680 | C Corporation | |
| Finley LLC | Yes | | 69,985.18 | 203 Heron Court | | Bailey | CO | 80421 | | |
| Fireplace Warehouse ETC | Yes | | 24,560.89 | 10515 E 40th Ave | | Denver | CO | 80239 | | |
| Flatiron's Inc. Surveying | | | 13,726.75 | 3825 Iris Avenue | | Boulder | CO | 80301 | | |
| Foothills Custom Cabinet | | 44,354.16 | | 4455 E. 46th Ave | | Denver | CO | 80216 | Corporation | 26-2061073 |
| Four Star Drywall Residential, INC | | 298,912.70 | 314,803.52 | 2290 Dayton St | | Aurora | CO | 80010 | S Corporation | 47-3019043 |
| Freedom Fire Protection, LLC | | 39,845.36 | 19,347.56 | 4026 Mulligan Dr. | | Longmont | CO | 80504 | S Corporation | 20-1014960 |
| Freund & Freund Plumbing and Heating, LLC | Yes | 203,655.87 | 1,984,453.62 | 1950 Chambers Road | | Aurora | CO | 80011 | LLC | 20-0615214 |
| Frontier Fire, LLC | Yes | 9,057.78 | 501,799.44 | 9430 East 40th Ave. | | Denver | CO | 80238 | C Corporation | 81-3988461 |
| Gen 3 CO LLC | | | 40,000.33 | 2880 S Raritan St | | Englewood | CO | 80110 | | |
| Genesis Framing, LLC | Yes | | 161,125.60 | 21454 E 51st Ave | | Denver | CO | 80249 | | |
| Glass Unlimited | Yes | | 12,461.98 | 15594 E Batavia Dr | | Aurora | CO | 80011 | | |
| Greenworks Renovations | | 143,823.49 | 11,250.41 | 5328 S Jebel Way | | Centennial | CO | 80015 | S Corporation | 90-1178052 |
| Ground Penetrating Radar Systems | | 12,975.00 | 5,650.00 | PO BOX 932 | | Toledo | OH | 43697 | S Corporation | 31-1803412 |
| GS Draft System Solutions | | | 3,480.50 | 19 Rancho Circle | | Lake Forest | CA | 92630 | | |
| GTH Excavating Corporation | Yes | 20,475.68 | 136,911.00 | 42875 County Road 17-21 | | Elizabeth | Colorado | 80107 | S Corporation | 20-4966419 |
| H&M Earthworx | | | 285,458.62 | 395 Co Rd 29 | | Brighton | CO | 80603 | | |
| H2O Fire Protection, Inc. | Yes | 27,836.01 | 176,064.83 | 7135 Ivy St. | | Commerce City | CO | 80022 | S Corporation | 84-1045957 |
| Hocutt Inc | Yes | 31,506.98 | 12,498.24 | 8360 Moberly Lane | | Dallas | TX | 75227 | C Corporation | 75-2015759 |
| Horizon Glass & Glazing Inc | | | 47,871.91 | 500 W Tennessee Ave | | Denver | CO | 80223 | | |
| Ideal Painting Inc. | | 26,496.63 | 154,900.19 | 5795 Ideal Dr. | | Erie | CO | 80516 | S Corporation | 84-0960348 |
| Insul-Flow, Inc | | | 4,376.85 | 15594 E Batavia Dr | Unit A | Aurora | CO | 80011 | | |
| Integris Solutions | | 11,615.13 | - | 11494 Luna Rd. | Suite 100 | Dallas | TX | 75234 | Partnership | 47-1620164 |
| J & W Construction | | 47,905.00 | | 13650 Watkins Rd | | Brighton | CO | 80603 | C Corporation | 45-2276620 |
| JDI | Yes | 46,805.03 | 329,449.06 | 529 CR 246 | | Florence | CO | 76527 | C Corporation | 74-2661533 |
| JG Plastering, LLC | | | 2,427.25 | 15101 E Iliff Ave | Suite 240 | Aurora | CO | 80014 | | |
| Ken Caryl Glass, Inc. | Yes | 45,000.00 | 185,885.32 | 12450 Mead Way | | Littleton | CO | 80125 | C Corporation | 84-1036870 |
| Kone | Yes | 312,552.09 | 228,030.47 | PO Box 894156 | | Los Angeles | CA | 90189-4156 | Corporation | 36-2357423 |
| Landtech Contractors, Inc. | Yes | 263,366.91 | 530,082.18 | 525 Laredo St. | | Aurora | CO | 80011 | S Corporation | 84-1260221 |
| Lanz Cabinet Shop Inc | | | 154,730.64 | 3025 W 7th Pl | | Eugene | OR | 97402 | | |
| LDI Mechanical, Inc. | Yes | 55,627.89 | 428,367.75 | 1587 Bentley Drive #102 | | Corona | CO | 92879 | S Corporation | 74-2946953 |
| Lightning Ventures, Inc. | Yes | 9,549.63 | 99,883.36 | 1750 Tomah Rd. | | Larkspur | CO | 80118 | S Corporation | 84-0962254 |
| Lind's Plumbing & Heating, Inc. | Yes | 37,395.90 | - | 1414 Blue Spruce Drive | Unit A | Fort Collins | Colorado | 80524 | S Corporation | 83-0680486 |
| Little Bella's, Inc. | | 9,695.00 | 18,245.00 | 3800 Buckskin Trail | | Laporte | CO | 80535 | S Corporation | 20-4431462 |
| Lu-Tek, Inc. | Yes | 10,140.46 | 36,064.46 | 5315 Xenon St | | Arvada | CO | 80002 | C Corporation | 84-0926525 |
| Make West LLC | Yes | | 104,639.43 | 60 S Santa Fe Dr | | Denver | CO | 80223 | | |
| Marble Empire LLC | Yes | | 3,707.27 | 2025 Welton St | | Denver | CO | 80205 | | |
| Marietta Drapery & Window Coverings Co, Inc | | 41,230.00 | - | PO Box 569 | | Marietta | GA | 30061 | C Corporation | 58-2082180 |
| Mark Young Construction, Inc | | | 2,904.31 | 7200 Miller Pl | | Longmont | CO | 80504 | | |
| Master WoodCraft Cabinetry LLC | Yes | | 425,742.70 | 10501 10th Street | | Waconia | MN | 55387 | | |
| MCW Industries, LLC | Yes | | 265,945.28 | 10501 10th Street | | Waconia | MN | 55387 | | |
| Merchants Office Furniture | Yes | | 12,199.46 | 2261 Broadway St | | Denver | CO | 80205 | | |
| Messer Painting, LLC | | 278,158.74 | 230,000.18 | PO Box 3380 | | Parker | CO | 80134 | S Corporation | 22-3943899 |
| Metal Solutions INC | | 306,918.00 | - | PO Box 1435 | | Ault | CO | 80610-1435 | S Corporation | 71-0910150 |
| M-Fire Suppression LLC | | | 37,384.23 | 19807 Hamilton Ave | | Torrance | CA | 90502 | | |
| Mile High Turf | | | 5,115.48 | 6435 CO Rd 6 | | Brighton | CO | 80603 | | |
| Mile High Striping, Inc. | | 11,302.87 | | 1100 Johnson Road | #17634 | Golden | CO | 80401 | S Corporation | 46-1161526 |
| Modular Closets | | | 12,299.21 | 1985 Cedar Bridge Ave | | Lakewood | NJ | *08701 | | |
| Mountain States Building Products, Inc. | | 121,625.36 | 18,269.56 | 5040 E. 41st Ave. | | Denver | CO | 80216 | C Corporation | 84-1317875 |
| Mountain Temp Services, LLC | | 175,529.48 | - | 409 A.B.C. | Suite A | Aspen | Colorado | 81611 | LLC | 26-0295748 |
| MTN Inc. | Yes | 84,994.53 | 111,819.64 | 3395 Carder Ct | Suite C200 | Highlands Ranch | CO | 80129 | S Corporation | 27-3948039 |
| NS Contractors LLC | | 78,473.00 | | PO BOX 140523 | | Edgewater | CO | 80214 | Individual/Sole Proprietor | 87-4585591 |
| Nu Style Landscape & Development, LLC | | 27,180.00 | | 646 Bryant Street | | Denver | CO | 80204 | LLC | 46-3198738 |
| Odd Job Rob Construction | | 34,067.50 | 63,000.00 | 240 Ironworks Road | | Irvine | KY | 40336 | Individual/Sole Proprietor | 75-3215636 |
| Omerta Storm Water Management | | 14,018.21 | 2,181.00 | PO Box 110296 | | Aurora | CO | 80042 | Corporation | 26-2997292 |
| OnSite Clean Co | | 39,429.26 | 159,070.01 | 5378 Lee St. Unit 4216 | | Arvada | CO | 80002 | Individual/Sole Proprietor | 82-4341660 |
| Overhead Door Company of Denver, Inc | | | 3,850.00 | 3291 Peoria St | | Aurora | CO | 80010 | | |
| Pacific Builders Hardware & Lighting, Inc | | 15,820.25 | 59,417.25 | 2439 Cades Way | | Vista | CA | 92081 | S Corporation | 33-0007234 |
| Page Specialty Co. | | | 2,956.37 | 7073 Winter Ridge Pl | | Castle Rock | CO | 80108 | | |
| Peak Fencing, INC | Yes | 8,493.56 | 11,815.71 | 3450 Fillmore Ridge HTS | | Colorado Springs | CO | 80907 | S Corporation | 90-1069130 |
| Pearson Air Construction, LLC | | 60,817.50 | - | 2531 Carl Road | | Arlington | TX | 76015 | S Corporation | 46-4236642 |

| Name | Yes | Amount 1 | Amount 2 | Address | Unit | City | State | Zip | Entity Type | Tax ID |
|---|---|---|---|---|---|---|---|---|---|---|
| Perfection Painting | Yes | 321,774.07 | 225,532.57 | 3600 Stagecoach Rd. | Unit A | Longmont | CO | 80504 | C Corporation | 84-1428735 |
| Peterson Contractors, Inc. | Yes | | 49,764.41 | 104 Blackhawk St | | Reinbeck | IA | 50669 | | |
| Portable Restroom Solutions, LLC | | 8,379.00 | 8,085.00 | P.O. Box 339 | | Ault | CO | 80610 | LLC | 862104290 |
| Precise Striping | | | 7,349.37 | 5978 Ester Cir | | Longmont | CO | 80504 | | |
| Prime Window Systems, LLC | Yes | 16,590.36 | 82,059.66 | 3400 Tacoma St. | | Union Gap | WA | 98903 | C Corporation | 81-2941884 |
| Pro Door & Trim, Inc. | | 188,106.32 | | 1255 West Center Avenue | | Denver | Colorado | 80223 | S Corporation | 84-1300069 |
| ProLine Supply, Inc. | | 12,501.51 | 19,363.87 | PO Box 9569 | | Denver | CO | 80209 | S Corporation | 47-3395434 |
| Pro-Vigil, Inc. | | 24,346.32 | | PO Box 677107 | | Dallas | TX | 75267-7107 | C Corporation | 20-5569163 |
| Pro-Visions | | 23,295.09 | | 6562 Vine Court | | Denver | CO | 80229 | C Corporation | 26-1248258 |
| Pure Construction, LLC | Yes | 9,000.00 | 13,710.42 | 901 Sherman St. | #1302 | Denver | CO | 80203 | Individual/Sole Proprietor | 46-2590202 |
| R&K Glass | | 22,081.59 | 44,134.42 | 2510 W. 63rd Court | | Aurora | CO | 80221 | S Corporation | 84-0882378 |
| Radon Engineering | | | 2,249.86 | 20816 E Princeton Pl | | Aurora | CO | 80013 | | |
| Rago Enterprises, LLC | Yes | | 85,044.35 | 5610 FM 2218 | | Richmond | TX | 77469 | | |
| Rain for Rent | | 9,060.45 | 571.42 | File 52541 | | Los Angeles | CA | 90074-2541 | S Corporation | 95-1362750 |
| Randy's Drywall Services, LLC | Yes | 625,319.59 | 73,576.84 | 4112 Kodiak Ct. | Unit A | Frederick | CO | 80504 | Partnership | 46-5459411 |
| Raw Creative | | | 3,289.20 | 3795 E 38th Ave | Unit B | Denver | CO | 80205 | | |
| Raynor Door Authority of Denve | | 43,103.44 | 26,929.56 | 5160 Havana St. | Unit G | Denver | CO | 80239 | S Corporation | 84-0594123 |
| RDS Environmental, Inc | | | 11,625.72 | 11603 Teller St | A | Broomfield | CO | 80020 | | |
| Ready Temporary Services | | 39,059.34 | 50,386.30 | 2600 Executive Prkwy | Ste 160 | Lehi | UT | 84043 | Individual/Sole Proprietor | 83-1779350 |
| RealPage Utility Management, Inc | | | 33,379.75 | 2201 Lakeside Blvd | | Richardson | TX | 75082 | | |
| Republic Industries | | 16,071.23 | | 1400 Warren Dr. | | Marshall | TX | 75672 | Partnership | 75-2873634 |
| Resolute Industrial | | 109,699.01 | 11,553.54 | PO Box 734443 | | Chicago | IL | 60673-4443 | LLC | |
| RHAP Architecture & Planning | | 27,858.45 | | 1301 Walnut St. | Suite 101 | Boulder | CO | 80302 | S Corporation | 81-2874109 |
| Rio Grande - RPD | Yes | | 130,607.40 | 500 Osage St | | Denver | CO | 80204 | | |
| Rio, LLC | Yes | 52,395.22 | 99,286.06 | 15635 Dallas Street | | Brighton | CO | 80602-5603 | S Corporation | |
| Rocky Mountain Meridian, Inc. | | 8,597.50 | 2,602.50 | 10700 E. Bethany Dr. | Suite 100 | Aurora | CO | 80014 | S Corporation | 37-1560358 |
| Rogue Security and Property Protection LLC | | 168,840.00 | - | 17532 E Bellewood Cir | | Aurora | CO | 80015 | LLC | 81-5311157 |
| Royal Textile Products Company, Inc | | 26,019.29 | 23,157.29 | 1865 W 12th Ave | | Denver | CO | 80204 | C Corporation | 84-1052143 |
| RTJ Construction LLC | | 21,900.00 | | 15220 Telluride Street | | Brighton | CO | 80601 | LLC | |
| Rusin Concrete Construction | | | 141,546.75 | 4004 Mark Dabling Blvd | | Colorado Springs | CO | 80907 | | |
| RYM Remodeling and Construction | | 166,120.00 | | 14470 E 13th Ave. Lot C37 | | Aurora | CO | 80011 | Individual | 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 |
| Samsung Electronics America, Inc | Yes | 628,198.25 | 99,276.94 | 85 Challenger Road | | Ridgefield Park | NJ | 07660 | C Corporation | 13-2951153 |
| Savvy Steel | | 13,900.00 | | 1119 Yew PL | | Loveland | CO | 80538 | S Corporation | 934381232 |
| SG & CH 11 | | 175,676.57 | | 6465 S Greenwood Plaza Blvd | Suite 250 | Centennial | CO | 80111 | Individual | |
| Simple Homes, LLC | | 210,201.84 | 412,470.91 | 5151 Bannock Street | | Denver | CO | 80216 | LLC | 36-4914378 |
| SNR Contractors & Associates | Yes | 120,505.25 | 348,766.24 | 19029 E. Plaza Dr. | Suite 250 | Parker | CO | 80134 | S Corporation | 27-1348430 |
| Specialty Appliance, Inc. | Yes | 196,840.63 | 304,981.07 | 8775 E. Orchard Rd. | | Greenwood Villag | CO | 80111 | S Corporation | 84-1587989 |
| Specialty Cleaning Services, Inc | | 12,150.40 | | 1207 S. Lipan St. | | Denver | CO | 80223 | S Corporation | 20-3794149 |
| Standard Interiors | Yes | 308,871.41 | 303,431.08 | 1050 W Hampden Ave | STE 300 | Englewood | CO | 80110 | LLC | 84-1648699 |
| Static Electric LLC | | 14,450.00 | 8,000.00 | 8330 Hackamore Rd | | Littleton | CO | 80125 | Individual/Sole Proprietor | 20-2471054 |
| Stealth Monitoring Inc | | | 16,954.00 | 15182 Marsh Lane | | Addison | TX | 75001 | | |
| Steel City Glass | | 303,274.91 | 20,829.14 | 7003 E. 47th Avenue Dr. | | Denver | CO | 80216 | Individual/Sole Proprietor | 82-2320334 |
| Steele Bros. Heating, Inc. | | 180,277.70 | 246,699.31 | 7147 Reynolds Dr. | | Sedalia | CO | 80135 | S Corporation | 84-1247814 |
| Steelock General Fence Contractor, Inc. | | 9,273.86 | 974.10 | 2690 E. 78th Ave. | | Denver | CO | 80229 | S Corporation | 84-0629003 |
| Straight-up Striping, Inc | | | 7,335.72 | 26957 E Otero Pl | | Aurora | CO | 80016 | | |
| Stresscon Corp | | | 102,770.77 | 2140 S Ivanhoe St | #100 | Denver | CO | 80222 | | |
| Sturgeon Electric - Henderson | | | 23,204.73 | 12150 E 112th Ave | | Henderson | CO | 80640 | | |
| Summit Steel Fabricators, Inc | Yes | | 263,024.78 | 2004 Federal Rd | | Houston | TX | 77015 | | |
| SunBelt Rentals, Inc. | | 217,736.87 | 119,028.78 | P.O. Box 409211 | | Atlanta | GA | 30384 | C Corporation | 58-0415192 |
| Sunland Asphalt | | 211,792.20 | 361,247.98 | 1625 E Northern Ave. | | Phoenix | AZ | 85020 | C Corporation | 86-0455988 |
| Sunstate Equipment Co, LLC | | 8,920.74 | 623.36 | PO Box 208439 | | Dallas | TX | 75320-8439 | Partnership | 86-0810251 |
| Surescape Insurance Services | | 34,176.00 | 1,450.00 | 7800 South Elati St | Suite 100 | Littleton | CO | 80120 | LLC | 20-2784738 |
| Surface Magic, LLC | Yes | 36,017.00 | 76,307.00 | 11890 E. 118th Ave. | | Henderson | CO | 80640 | C Corporation | 26-0595783 |
| Sylvesters Maintenance | | | 32,741.45 | 8530 Concord Center Dr | #100 | Englewood | CO | 80112 | | |
| Systems Management Group, LLC | | 57,267.95 | | 18850 E Clarke Road | Unit 100 | Parker | CO | 80134 | S Corporation | 55-0862531 |
| Table Tap LLC | | 11,949.12 | | 170 Pullman Trail | | Roswell | GA | 30075 | Partnership | 26-0447743 |
| The Colorado Floor Company | | 118,404.74 | 132,076.65 | 13050 W 43rd Dr #100 | | Golden | CO | 80403 | C Corporation | 84-1103953 |
| The Hiller Companies, LLC | Yes | 98,271.41 | 156,331.30 | PO Box 842390 | | Los Angeles | CA | 90084-2390 | LLC | 32-0372812 |
| The Sliding Door Company | | | 5,384.88 | 601 S Broadway | Suite Y | Denver | CO | 80209 | | |
| Thyssen Krupp Elevator | | 35,173.97 | - | 7367 S. Rever Parkway | Unit 2-A | Centennial | CO | 80112 | Corporation | 62-1211267 |
| Tool Country Inc | | 14,108.62 | 2,310.80 | PO Box 17904 | | Denver | CO | 80217 | S Corporation | 84-0978272 |
| Top Gun Pressure Wash | | | 6,394.19 | 500 W 67th St | #1 | Longmont | CO | 80538 | | |
| Tower Electric | Yes | 966,224.81 | 387,388.57 | 8925 E. Nichols Ave Suite 100 | | Centennial | CO | 80112 | Need W9 | |
| Tract Interiors, LLC | Yes | 399,648.89 | 165,164.75 | 202 Inverness Drive East | Suite 202 | Englewood | CO | 80112-5107 | LLC | 83-2914495 |

| Name | Amount 1 | Amount 2 | Address | Suite | City | State | Zip | Entity Type | Tax ID |
|---|---|---|---|---|---|---|---|---|---|
| Tricor Group, LLC | | 3,999.51 | 5994 S Prince St | Suite 100 | Littleton | CO | 80120 | | |
| Tri-County Investigations and Security | 26,718.00 | - | PO Box 1148 | | Brighton | CO | 80601 | S Corporation | 46-2513797 |
| United Rentals (North America), Inc. | 169,573.61 | 20,983.56 | PO Box 840514 | | Dallas | TX | 75284 | C Corporation | 86-0933835 |
| United Site Services | 40,129.28 | 23,665.59 | PO Box 53267 | | Phoenix | AZ | 85072 | C Corporation | 20-0958969 |
| Universal Steel Craft Inc | 131,683.94 | - | 29551 E 167th Ave | | Brighton | CO | 80603 | C Corporation | 37-1825034 |
| Utah Mechanical Contractors | 484,281.99 | - | 14587 S. 790 W. | Suite D | Bluffdale | UT | 84065 | S Corporation | 87-0326366 |
| Waste Connections of CO | 25,596.36 | 6,205.76 | Denver District | 5500 Franklin St | Denver | CO | 80216-1538 | C Corporation | 94-3340527 |
| Westcol Center LLC | 20,000.00 | - | WestCol Center 100600 | PO Box 6124 | Hicksville | NY | 11802-6124 | Trust/Estate | 43-1790877 |
| Western Disposal, Inc. | 39,706.76 | 15,495.58 | PO BOX 174466 | | Denver | CO | 80217-4466 | S Corporation | 84-0790541 |
| Whirlpool Corporation | | 115,475.81 | 2000 M-63 | | Benton Harbor | MI | 49022 | | |
| Williams Scotsman, Inc. | 31,318.82 | 24,533.86 | PO Box 91975 | | Chicago | IL | 60693-1975 | C Corporation | 52-0665775 |
| Wrangler Electric, Inc | 118,525.62 | | PO Box 620127 | | Littleton | CO | 80162-0127 | Need W9 | |
| X3 Tradesmen Colorado, LLC | 44,056.20 | - | 1549 West 7800 South | | West Jordan | Utah | 84088 | Need W9 | |
| Xcel Energy | 99,523.78 | 34,093.63 | P. O. Box 9477 | | Minneapolis | MN | 55484 | Corporation | |

**Fill in this information to identify the case:**

Debtor name   **Martines Palmeiro Construction, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **25-12313 TBM**

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................    $       **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................................    $       **29,623,088.26**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................    $       **29,623,088.26**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $       **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $       **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$       **21,324,869.64**

4.    **Total liabilities** .......................................................................................
     Lines 2 + 3a + 3b          $       **21,324,869.64**

**Fill in this information to identify the case:**

Debtor name    **Martines Palmeiro Construction, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **25-12313 TBM**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Collegiate Peaks Bank** | **Checking** | **7099** | $982.99 |
| 3.2. | **FirstBank** | **Checking** | **9813** | $140.93 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**        $1,123.92
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | **Martines Palmeiro Construction, LLC** | Case number *(If known)* **25-12313 TBM** |
|---|---|---|
| | Name | |

| 11b. Over 90 days old: | 17,389,265.34 | - | 0.00 | =.... | $17,389,265.34 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $17,389,265.34 |
|---|

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Office furniture | $0.00 | | $1,000.00 |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Computers/Computer Equipment | $0.00 | | $10,000.00 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $11,000.00 |
|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

Debtor   **Martines Palmeiro Construction, LLC**                     Case number *(If known)*  **25-12313 TBM**
         Name

45.      **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2023 GMC Sierra** | **$0.00** | | **$61,838.00** |
| 47.2.  **2023 GMC Canyon** | **$0.00** | | **$39,000.00** |

48.      **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
         floating homes, personal watercraft, and fishing vessels

49.      **Aircraft and accessories**

50.      **Other machinery, fixtures, and equipment (excluding farm
         machinery and equipment)**

51.      **Total of Part 8.**                                                          | **$100,838.00** |
         Add lines 47 through 50.  Copy the total to line 87.

52.      **Is a depreciation schedule available for any of the property listed in Part 8?**
         ☐ No
         ■ Yes

53.      **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
         ☐ No
         ■ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor   **Martines Palmeiro Construction, LLC**                    Case number *(If known)*  **25-12313 TBM**
         Name

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Damage claims against various parties listed on Schedule G relating to Contracts - Value TBD** | **Unknown** |
|  | **Damage claims against various subcontractors for delay and other defaults** | **$12,120,861.00** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$12,120,861.00** |
|---|---|---|

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 4

Debtor    **Martines Palmeiro Construction, LLC**                    Case number *(If known)* **25-12313 TBM**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,123.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $17,389,265.34 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $100,838.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $12,120,861.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $29,623,088.26 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $29,623,088.26 |

**Fill in this information to identify the case:**

Debtor name   **Martines Palmeiro Construction, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **25-12313 TBM**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Martines Palmeiro Construction, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **25-12313 TBM**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**1st Electric Contractors, Inc.**<br>**8169 Southpark Circle**<br>**Littleton, CO 80120**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Subcontractor**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$19,556.73** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**A Door Source, Inc.**<br>**5970 N. Broadway**<br>**Denver, CO 80216**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Subcontractor**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$1,584.52** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**A+ Waterproofing & Sealants**<br>**3975 E. 56th Avenue**<br>**Unit A-1**<br>**Commerce City, CO 80022**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Subcontractor**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$118,096.50** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**AAR Construction**<br>**925 US 183 North**<br>**Suite B**<br>**Liberty Hill, TX 78642**<br><br>Date(s) debt was incurred **_**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$25,433.10** |

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (*if known*) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,978.12** |
|---|---|---|---|
| | **Acme Brick Co.**<br>**P.O. Drawer 99198**<br>**Fort Worth, TX 76199** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,229.72** |
|---|---|---|---|
| | **Acme Scenic and Display, Inc.**<br>**P.O. Box 306396**<br>**Nashville, TN 37230-6396** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,474.53** |
|---|---|---|---|
| | **Acoustics Systems, Inc.**<br>**7737 NE Lombard St**<br>**Portland, OR 97218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,436.76** |
|---|---|---|---|
| | **AJM Framers, Inc.**<br>**58 Inverness Dr E, Suite 202**<br>**Englewood, CO 80112-5107** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$47,524.74** |
|---|---|---|---|
| | **AJS Enterprise**<br>**15594 E. Batavia Drive**<br>**Unit B**<br>**Aurora, CO 80011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,997.76** |
|---|---|---|---|
| | **Alaskan Austin LLC**<br>**1803 Williams Drive**<br>**Marietta, GA 30066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,652.50** |
|---|---|---|---|
| | **All Year Around, LLC**<br>**289 S. De Gaulle St.**<br>**Aurora, CO 80018** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,550.68 |
|---|---|---|---|
| | **Alliant Insurance Services**<br>**701 B Street 6th Floor**<br>**San Diego, CA 92101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.43 |
|---|---|---|---|
| | **Alpha Insulation & Waterproofing**<br>**635 E. 52nd Avenue, Suite 300**<br>**Denver, CO 80216** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,509.71 |
|---|---|---|---|
| | **Alpine Glass Acquisition, LLC**<br>**8700 Grant Street, Suite #200**<br>**Denver, CO 80229** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,789.02 |
|---|---|---|---|
| | **Alternate Resistance Specialists**<br>**6670 Holman St.**<br>**#706**<br>**Arvada, CO 80004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183,163.60 |
|---|---|---|---|
| | **Amerco Fab, LLC**<br>**2528 Weston Rd.**<br>**Colorado Springs, CO 80910** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,428.61 |
|---|---|---|---|
| | **American Demolition, Inc**<br>**401 N. Kuner Rd**<br>**Brighton, CO 80601** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,820.26 |
|---|---|---|---|
| | **American Fence Company**<br>**P.O. Box 19040**<br>**Phoenix, AZ 85005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address**
**American GPR & Coring**
**3672 Sunridge Terrace Dr**
**Castle Rock, CO 80109**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$650.00**

---

**3.20** | **Nonpriority creditor's name and mailing address**
**Ammex Masonry**
**PO Box 1758**
**Commerce City, CO 80037**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$247,570.39**

---

**3.21** | **Nonpriority creditor's name and mailing address**
**Anthem Erosion Control and Landscaping**
**704 Fortino Blvd.**
**Suite D**
**Pueblo, CO 81008**

Date(s) debt was incurred **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$17,347.25**

---

**3.22** | **Nonpriority creditor's name and mailing address**
**Apex Pavement Solutions, LLC**
**607 10th Street #207**
**Golden, CO 80401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,466.98**

---

**3.23** | **Nonpriority creditor's name and mailing address**
**Applied Construction Management**
**1746 Cole Blvd Suite 225**
**Golden, CO 80401**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,950.00**

---

**3.24** | **Nonpriority creditor's name and mailing address**
**AQ Granite, LLC**
**Attn:  Orlando Ramos**
**2102 Pearl Bay Ct.**
**Pearland, TX 77584**

Date(s) debt was incurred **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,066.75**

---

**3.25** | **Nonpriority creditor's name and mailing address**
**Araceli Cleaning Services LLC**
**3060 E Bridge St**
**Brighton, CO 80601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$5,400.00**

---

Debtor    **Martines Palmeiro Construction, LLC**                              Case number (if known)    **25-12313 TBM**
_____
Name

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$254,255.60** |
|---|---|---|---|

**Arbor Contract Carpet, Inc.**
P.O. Box 675082
Dallas, TX 75267-5082

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Subcontractor__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,700.00** |
|---|---|---|---|

**Architectural Testing, Inc.**
1070 W 124th Avenue
Suite 800
Denver, CO 80234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,350.00** |
|---|---|---|---|

**Ascend Pressure Washing, LLC**
PO Box 2800
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,073.81** |
|---|---|---|---|

**Associated Building Specialists**
1785 W. 160th Avenue
Suite 400
Broomfield, CO 80023

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Subcontractor__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,123.65** |
|---|---|---|---|

**Associated Cement Contractors, Inc.**
P.O. Box 249
West, TX 76691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Subcontractor__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,881.17** |
|---|---|---|---|

**ATCO Structures & Logistics (USA) Inc.**
2550 Laredo St
Aurora, CO 80011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,997.76** |
|---|---|---|---|

**Austin Technology Group**
1803 Williams Drive
Marietta, GA 30066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|

Name

---

**3.33** | Nonpriority creditor's name and mailing address

**Avalon Westminster Prominade, LLC**
**c/o AvalonBay Commuities, Inc.**
**Attn: Brian Packard, Sr.**
**5050 South Syracuse St Ste 1025**
**Denver, CO 80237**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __AVB - Westminister Prominade Apartment Project -__
__Construction Contract__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.34** | Nonpriority creditor's name and mailing address

**Badger Daylighting Corp.**
**1300 E US Highway 136 Suite E**
**Pittsboro, IN 46167**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$2,580.09**

---

**3.35** | Nonpriority creditor's name and mailing address

**Bailey Professional Solutions**
**5737 S. Kenton St.**
**Englewood, CO 80111**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$2,997.76**

---

**3.36** | Nonpriority creditor's name and mailing address

**Barnes Construction Co.**
**3345 S. Platte River Dr.**
**Englewood, CO 80110**

Date(s) debt was incurred  __2024__

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

**$35,868.91**

---

**3.37** | Nonpriority creditor's name and mailing address

**Bedrock, LLC**
**10813 Highway 257 Spur**
**Greeley, CO 80634**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

**$10,129.81**

---

**3.38** | Nonpriority creditor's name and mailing address

**Belfor Property Restoration**
**5085 Kalamath Street**
**Denver, CO 80221**

Date(s) debt was incurred  __2024__

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

**$24,523.13**

---

**3.39** | Nonpriority creditor's name and mailing address

**Bin Lu**
**2100 North Downing Street**
**Denver, CO 80205**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Contribution__

Is the claim subject to offset? ■ No ☐ Yes

**$240,000.00**

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$193,235.16** |
|---|---|---|---|
| | **Black Roofing, Inc.**<br>**6115 Ben Place**<br>**Suite A**<br>**Boulder, CO 80301** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **2024** | **Basis for the claim:  Subcontractor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$798,488.25** |
|---|---|---|---|
| | **Blake Solutions**<br>**7895 Courtyard Plaza**<br>**Memphis, TN 38119** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **2024** | **Basis for the claim:  Subcontractor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$53,925.84** |
|---|---|---|---|
| | **Blue Bear Waste Services**<br>**461 E. 66th Avenue**<br>**Denver, CO 80221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2024** | **Basis for the claim:  Subcontractor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$60,123.35** |
|---|---|---|---|
| | **BMC Install**<br>**7881 South Wheeling Court**<br>**Englewood, CO 80112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Subcontractor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$960.00** |
|---|---|---|---|
| | **Bolsillo LLC**<br>**18200 E 136 Ave**<br>**Brighton, CO 80603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,107.36** |
|---|---|---|---|
| | **Braconier**<br>**4925 Nome Street**<br>**Denver, CO 80239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,328.00** |
|---|---|---|---|
| | **BrandSafway Solutions**<br>**P.O. Box 91473**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2024** | **Basis for the claim:  Subcontractor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,350.00 |
|---|---|---|---|
| | **Brown Brothers Asphalt & Concrete**<br>**9109 Monaco Street**<br>**Henderson, CO 80640** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,605.05 |
|---|---|---|---|
| | **Builder Services Group (USI/RG)**<br>**4275 Forest Street**<br>**Denver, CO 80216** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395,722.84 |
|---|---|---|---|
| | **Builders FirstSource, INC**<br>**8037 Midway Dr**<br>**Littleton, CO 80125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,800.00 |
|---|---|---|---|
| | **Burke's Construction, LLC**<br>**1563 S. Oswego Court**<br>**Aurora, CO 80012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,057.32 |
|---|---|---|---|
| | **City of Longmont**<br>**350 Kimbark Street**<br>**Longmont, CO 80501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,260.00 |
|---|---|---|---|
| | **CMS Environmental Solutions, LLC**<br>**5231 S. Quebec Street**<br>**Greenwood Village, CO 80111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,247.00 |
|---|---|---|---|
| | **Coastal Industries, Inc.**<br>**3700 St Johns Industrial Parkway West**<br>**Jacksonville, FL 32225** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Martines Palmeiro Construction, LLC** | | Case number *(if known)* | **25-12313 TBM** |
|---|---|---|---|---|

Name

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,605.00** |
|---|---|---|---|

**Colorado Barricade Co.**
**2295 S. Lipan Street**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  __Subcontractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,000.00** |
|---|---|---|---|

**Colorado Chute Company, Inc.**
**Dave Lee**
**7348 S Quebec Ct**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Subcontractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128,839.71** |
|---|---|---|---|

**Colorado Crete Inc.**
**4960 Locust Street**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Subcontractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,819.81** |
|---|---|---|---|

**Colorado Flatwork, Inc.**
**2330 Waynoka Rd.**
**Colorado Springs, CO 80915**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Subcontractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,622.33** |
|---|---|---|---|

**Colorado Portables LLC**
**1270 Factory Drive**
**Fort Lupton, CO 80621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,305.00** |
|---|---|---|---|

**Colorado Sewer Service**
**6000 W 13th Ave**
**Denver, CO 80214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,507.50** |
|---|---|---|---|

**Colorado Utility Finders**
**PO Box 7506**
**Loveland, CO 80537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,300.00** |
|---|---|---|---|
| | **Commercial Fence and Iron Works, LLC**<br>**10270 S. Progress Way**<br>**Parker, CO 80134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2024** | Basis for the claim:  **Subcontractor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,896.87** |
|---|---|---|---|
| | **Complete Door Systems, Inc.**<br>**8100 Dahlia Street**<br>**Building 4**<br>**Henderson, CO 80640** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Subcontractor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$420.00** |
|---|---|---|---|
| | **Concrete Coring Company**<br>**6740 Lowell Blvd**<br>**Denver, CO 80221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,116.75** |
|---|---|---|---|
| | **Concrete Floor Systems, LLC**<br>**2051 W. College Avenue**<br>**Englewood, CO 80110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67,732.12** |
|---|---|---|---|
| | **Conservice Metering Solutions**<br>**P.O. Box 1498**<br>**Logan, UT 84323** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2024** | Basis for the claim:  **Subcontractor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240,756.64** |
|---|---|---|---|
| | **Consolidated Electrical Distributors, In**<br>**PO Box 913120**<br>**Denver, CO 80291-3120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,650.00** |
|---|---|---|---|
| | **Core & Saw**<br>**15854 E Otero Cir**<br>**Englewood, CO 80112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Martines Palmeiro Construction, LLC**                     Case number (if known)   **25-12313 TBM**
_____
Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,818.47 |
|---|---|---|---|

**Cre8tive Pool & Spa, LLC**
**2666 S. Eaton Place**
**Lakewood, CO 80227**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,325.09 |
|---|---|---|---|

**Creative Electric, Inc.**
**1851 W. Hamilton Place**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,153.17 |
|---|---|---|---|

**Crown Cabinet Corporation**
**1400 Warren Drive**
**Marshall, TX 75672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270,511.87 |
|---|---|---|---|

**Custom Concrete Cutting, Inc.**
**P.O. Box 1060**
**Brighton, CO 80601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $191,986.94 |
|---|---|---|---|

**Custom Restoration, Inc.**
**P.O. Box 33541**
**Denver, CO 80233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135,841.15 |
|---|---|---|---|

**d-7 Roofing, LLC**
**6425 N. Washington Street**
**Unit 15**
**Denver, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,292.75 |
|---|---|---|---|

**Danbridge Consulting**
**26573 E Arapahoe Place**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Martines Palmeiro Construction, LLC** | Case number *(if known)* | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444,842.19 |
|---|---|---|---|
| | **Dema Plumbing, Inc.**<br>**7384 S Alton Way, Suite 203**<br>**Englewood, CO 80112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2024__ | Basis for the claim:  __Subcontractor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,162.01 |
|---|---|---|---|
| | **Denver Brick and Block, LLC**<br>**2100 N. Downing  Street**<br>**Denver, CO 80205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  __2024__ | Basis for the claim:  __Subcontractor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,921.58 |
|---|---|---|---|
| | **Denver Water**<br>**1600 W 12th Ave**<br>**Denver, CO 80204-3412** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,980.26 |
|---|---|---|---|
| | **Division Construction Supply Inc.**<br>**581 Industrial Blvd**<br>**Point, TX 75472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $563,383.40 |
|---|---|---|---|
| | **Douglass Colony**<br>**5901 E. 58th Ave**<br>**Commerce City, CO 80022** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,646.75 |
|---|---|---|---|
| | **DSP Services, LLC**<br>**8527 W Colfax Ave #24**<br>**Denver, CO 80215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,300.00 |
|---|---|---|---|
| | **E&K of Denver**<br>**1401 E 69th Ave**<br>**Denver, CO 80229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  __Subcontractor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **Martines Palmeiro Construction, LLC**                     Case number (if known)   **25-12313 TBM**
_____Name_____

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $352,791.62 |
|---|---|---|---|

**E-Z Excavating, Inc.**
**P.O. Box 1439**
**Longmont, CO 80502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

Last 4 digits of account number  __

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,209.93 |
|---|---|---|---|

**Eco-Pan, Inc.**
**P.O. Box 913359**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

Last 4 digits of account number  __

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104,693.81 |
|---|---|---|---|

**Edge Construction Specialties, Inc.**
**5717 W. 6th Ave**
**Lakewood, CO 80214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,205.00 |
|---|---|---|---|

**Fast Flo Drain Cleaning**
**PO Box 1657**
**Wheat Ridge, CO 80034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101,798.53 |
|---|---|---|---|

**Ferguson Enterprises, Inc.**
**1880 West Oxford Ave, Unit A**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

Last 4 digits of account number  __

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $997.25 |
|---|---|---|---|

**Ferrellgas**
**One Liberty Plaza MD 22**
**Liberty, MO 64068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,985.18 |
|---|---|---|---|

**Finley LLC**
**203 Heron Court**
**Bailey, CO 80421**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  __

Basis for the claim:  __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,008.11** |
|---|---|---|---|

**Fireplace Warehouse**
**2150 Garden of the Gods Rd**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,726.75** |
|---|---|---|---|

**Flatiron's Inc. Surveying**
**3825 Iris Avenue**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$171,736.49** |
|---|---|---|---|

**Foothills Custom Cabinet**
**4455 E. 46th Avenue**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,238,043.56** |
|---|---|---|---|

**Four Star Drywall Residential, Inc.**
**2290 Dayton Street**
**Aurora, CO 80010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$82,837.97** |
|---|---|---|---|

**Freedom Fire Protection, LLC**
**4026 Mulligan Drive**
**Longmont, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$719,785.20** |
|---|---|---|---|

**Freund & Freund Plumbing & Heating**
**1950 Chambers Road**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$224,312.24** |
|---|---|---|---|

**Frontier Fire, LLC**
**9430 E. 40th Avenue**
**Denver, CO 80238**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address
**Gallant Glass & Window Repair, Ltd**
5346 Jericho St
Centennial, CO 80015

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$16,950.00**

---

**3.97** | Nonpriority creditor's name and mailing address
**Gen 3 CO LLC**
2880 S Raritan St
Englewood, CO 80110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$40,000.33**

---

**3.98** | Nonpriority creditor's name and mailing address
**Genesis Framing, LLC**
21454 E 51st Ave
Denver, CO 80249

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$161,125.60**

---

**3.99** | Nonpriority creditor's name and mailing address
**Gilliana Pools, LLC**
4501 Airport Drive, Unit 101
Valparaiso, IN 46383

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$10,793.70**

---

**3.100** | Nonpriority creditor's name and mailing address
**Glass Unlimited**
15594 E. Batavia Drive #B
Aurora, CO 80011

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$12,461.98**

---

**3.101** | Nonpriority creditor's name and mailing address
**GRC Consulting, Inc.**
5741 Majestic Street
Frederick, CO 80504

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,450.00**

---

**3.102** | Nonpriority creditor's name and mailing address
**Greenworks Renovations**
5328 S. Jebel Way
Aurora, CO 80015

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$11,250.41**

---

Debtor   **Martines Palmeiro Construction, LLC**          Case number (if known)   **25-12313 TBM**
_____
Name

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,650.00 |
|---|---|---|---|

**Ground Penetrating Radar Systems**
**P.O. Box 932**
**Toledo, OH 43697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,480.50 |
|---|---|---|---|

**GS Draft System Solutions**
**19 Rancho Circle**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,315.61 |
|---|---|---|---|

**GTH Excavating Corporation**
**42875 County Road 17-21**
**Elizabeth, CO 80107**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285,458.62 |
|---|---|---|---|

**H&M Earthworx**
**395 Co Rd 29**
**Brighton, CO 80603**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,852.65 |
|---|---|---|---|

**H2O Fire Protection, Inc.**
**7135 Ivy Street**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,885.00 |
|---|---|---|---|

**Hawley Coring Inc.**
**7644 Quartz St**
**Arvada, CO 80007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,498.24 |
|---|---|---|---|

**Hocutt Inc.**
**8360 Moberly Lane**
**Dallas, TX 75227**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number *(if known)* | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

---

**3.110** | Nonpriority creditor's name and mailing address
**Horizon Glass Corp.**
**500 West Tennessee Ave**
**Denver, CO 80223**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$2,234.30**

---

**3.111** | Nonpriority creditor's name and mailing address
**Hover Property Owner, LLC**
**5605 Glenridge Drive, Suite 775**
**Atlanta, GA 30342**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __1901 South Hover Street - Construction Contract__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112** | Nonpriority creditor's name and mailing address
**HW Creations**
**4318 Millwagon Trail**
**Castle Rock, CO 80109**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$10,953.00**

---

**3.113** | Nonpriority creditor's name and mailing address
**Ideal Painting, Inc.**
**PO Box 822**
**Englewood, CO 80151**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

**$66,736.15**

---

**3.114** | Nonpriority creditor's name and mailing address
**Insul-Flow, Inc**
**15594 E Batavia Dr**
**Unit A**
**Aurora, CO 80011**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

**$4,376.85**

---

**3.115** | Nonpriority creditor's name and mailing address
**JDI**
**655 CR 246**
**Florence, TX 76527**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

**$11,558.64**

---

**3.116** | Nonpriority creditor's name and mailing address
**JG Plastering, LLC**
**15101 E. Iliff Ave, Suite 240**
**Aurora, CO 80014**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

**$2,427.25**

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

---

**3.117** | **Nonpriority creditor's name and mailing address**

**Ken Caryl Glass, inc.**
**12450 Mead Way**
**Littleton, CO 80125**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$42,390.00**

---

**3.118** | **Nonpriority creditor's name and mailing address**

**KLM Commercial LLC**
**9745 E. Hampden Ave., Suite #406**
**Denver, CO 80231**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$58,395.09**

---

**3.119** | **Nonpriority creditor's name and mailing address**

**Kone**
**One Kone Court**
**Moline, IL 61265**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$4,354.22**

---

**3.120** | **Nonpriority creditor's name and mailing address**

**Landtech Contractors, Inc.**
**525 Laredo Street**
**Aurora, CO 80011**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,233,563.94**

---

**3.121** | **Nonpriority creditor's name and mailing address**

**Lanz Cabinet Shop Inc**
**3025 W 7th Pl**
**Eugene, OR 97402**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$154,730.64**

---

**3.122** | **Nonpriority creditor's name and mailing address**

**LDI Mechanical, Inc.**
**1587 Bentley Dr., #102**
**Corona, CA 92879**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$41,502.92**

---

**3.123** | **Nonpriority creditor's name and mailing address**

**Light Electric**
**PO Box 351915**
**Westminster, CO 80035**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$31,740.00**

---

Debtor   **Martines Palmeiro Construction, LLC**                Case number (if known)   **25-12313 TBM**
_____
Name

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$99,883.36** |
|---|---|---|---|

**Lighting Ventures Inc.**
**1750 Tomah Rd.**
**Larkspur, CO 80118**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$247,865.49** |
|---|---|---|---|

**Lind's Plumbing & Heating, Inc.**
**1414 Blue Spruce Dr.**
**Unit A**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,245.00** |
|---|---|---|---|

**Little Bella's, inc.**
**3800 Buckskin Trail**
**Laporte, CO 80535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$60,450.85** |
|---|---|---|---|

**Lu-Tek, Inc.**
**5315 Xenon Street**
**Arvada, CO 80002**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,292.65** |
|---|---|---|---|

**Luz Electric, LLC**
**2138 Radford St**
**El Paso, TX 79903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Vendor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,384.23** |
|---|---|---|---|

**M-Fire Suppression LLC**
**19807 Hamilton Ave**
**Torrance, CA 90502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Subcontractor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$67,429.60** |
|---|---|---|---|

**Make West, LLC**
**60 S Santa Fe Drive**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Vendor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.131** | Nonpriority creditor's name and mailing address
**Marble Empire LLC**
**2025 Welton St**
**Denver, CO 80205**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

$3,707.27

---

**3.132** | Nonpriority creditor's name and mailing address
**Mark Young Construction, Inc.**
**P O BOX 569**
**Marietta, GA 30061-0569**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$32,338.09

---

**3.133** | Nonpriority creditor's name and mailing address
**Master WoodCraft Cabinetry, LLC**
**232 N Marshall Industrial Ave**
**Marshall, TX 75670**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$91,230.60

---

**3.134** | Nonpriority creditor's name and mailing address
**MCW Industries, LLC**
**10501 10th Street**
**Waconia, MN 55387**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

$265,945.28

---

**3.135** | Nonpriority creditor's name and mailing address
**Merchants Office Furniture Co**
**2261 Broadway**
**Denver, CO 80205**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$8,626.38

---

**3.136** | Nonpriority creditor's name and mailing address
**Messer Painting, LLC**
**216 High Plains St.**
**Castle Rock, CO 80104**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

$249,334.18

---

**3.137** | Nonpriority creditor's name and mailing address
**Metal Solutions, Inc.**
**P.O. Box 1435**
**Ault, CO 80610-1435**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

$23,564.70

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,120,000.00** |
| | **Michael Martines**<br>**2100 North Downing Street**<br>**Denver, CO 80205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Contribution** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,067.16** |
| | **Mile High Striping, Inc.**<br>**1100 Johnson Road**<br>**#17634**<br>**Golden, CO 80401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2024** | Basis for the claim:  **Subcontractor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,115.48** |
| | **Mile High Turf**<br>**6435 CO Rd 6**<br>**Brighton, CO 80603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Subcontractor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,437.51** |
| | **Mobile Mini, Inc.**<br>**7420 S Kyrene Road Suite 101**<br>**Tempe, AZ 85283-4610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,299.21** |
| | **Modular Closets**<br>**1985 Cedar Bridge Ave**<br>**Lakewood, NJ 08701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Subcontractor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,355.53** |
| | **Mountain States Building Products, Inc.**<br>**5040 E. 41st Avenue**<br>**Denver, CO 80215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2024** | Basis for the claim:  **Subcontractor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,489.98** |
| | **MTN, Inc.**<br>**3395 Carder Court**<br>**Suite C200**<br>**Highlands Ranch, CO 80129** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **2024** | Basis for the claim:  **Subcontractor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,363.50 |
|---|---|---|---|

**Norcon of New Mexico, LLC**
**8437 Washington Place NE**
**Suite B**
**Albuquerque, NM 87113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,170.00 |
|---|---|---|---|

**NS Contractors LLC**
**PO Box 140523**
**Edgewater, CO 80214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $63,000.00 |
|---|---|---|---|

**Odd Job Rob Construction**
**240 Ironworks Rd.**
**Irvine, KY 40336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Subcontractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,181.00 |
|---|---|---|---|

**Omerta Storm Water Management**
**P.O. Box 110296**
**Aurora, CO 80042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Subcontractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $75,025.22 |
|---|---|---|---|

**OnSite Clean Co.**
**5378 Lee Street**
**Unit 4216**
**Arvada, CO 80002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Subcontractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,850.00 |
|---|---|---|---|

**Overhead Door Company of Denver, Inc**
**3291 Peoria St**
**Englewood, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Subcontractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $59,417.25 |
|---|---|---|---|

**Pacific Builders Hardware & Lighting, In**
**2439 Cades Way**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Subcontractor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Martines Palmeiro Construction, LLC** | | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|---|

Name

---

**3.152** | **Nonpriority creditor's name and mailing address**
**Page Specialty Company**
**7073 Winter Ridge Place**
**Castle Rock, CO 80108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,284.05**

---

**3.153** | **Nonpriority creditor's name and mailing address**
**Peak Fencing, Inc.**
**3450 Fillmore Ridge HTS**
**Colorado Springs, CO 80907**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$11,815.71**

---

**3.154** | **Nonpriority creditor's name and mailing address**
**Perfection Painting**
**3560 Stagecoach Rd. N, Suite B**
**Longmont, CO 80504**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$61,428.05**

---

**3.155** | **Nonpriority creditor's name and mailing address**
**Peterson Contractors**
**104 Blackhawk Street, PO Box A**
**Reinbeck, IA 50669**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$22,350.00**

---

**3.156** | **Nonpriority creditor's name and mailing address**
**Plaza Fitzsimons Owner, LLC**
**1610 R Street, Suite 250**
**Sacramento, CA 95811**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Plaza Fitzsimons - Construction Contract**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.157** | **Nonpriority creditor's name and mailing address**
**Portable Restroom Solutions, LLC**
**P.O. Box 339**
**Ault, CO 80610**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

**$8,085.00**

---

**3.158** | **Nonpriority creditor's name and mailing address**
**PR III/HSR Central Park Denver I, LLC**
**c/o High Street Denver, Inc.**
**1225 17th St Ste 3175**
**Denver, CO 80202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Central Park Station - Construction Contract**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

---

**3.159** | Nonpriority creditor's name and mailing address
**Precise Striping**
5978 Esther Circle
Frederick, CO 80504

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$3,397.42

---

**3.160** | Nonpriority creditor's name and mailing address
**Prime Window Systems, LLC**
3400 Tacoma Street
Union Gap, WA 98903

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

$8,281.47

---

**3.161** | Nonpriority creditor's name and mailing address
**Pro Line Supply, Inc.**
P.O. Box 9569
Denver, CO 80209

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

$19,363.87

---

**3.162** | Nonpriority creditor's name and mailing address
**Pro-Vigil, Inc.**
PO Box 677107
Dallas, TX 75267-7107

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$7,995.51

---

**3.163** | Nonpriority creditor's name and mailing address
**Pro-Visions**
6562 Vine court
Denver, CO 80229

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

$86,341.26

---

**3.164** | Nonpriority creditor's name and mailing address
**Pure Construction, LLC**
901 Sherman St. #1302
Denver, CO 80203

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

$13,710.42

---

**3.165** | Nonpriority creditor's name and mailing address
**Pure Water Dynamics, Inc.**
30 Kalamath St
Denver, CO 80223

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$245.23

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,330.00** |
|---|---|---|---|

**Pye Barker Fire & Safety**
**11605 Haynes Bridge Rd Suite 350**
**Alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**Quality Drilling & Sawing Company**
**4815 W Kentucky Ave**
**Denver, CO 80219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,743.71** |
|---|---|---|---|

**R&K Glass**
**2510 W. 63rd Court**
**Denver, CO 80221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,249.86** |
|---|---|---|---|

**Radon Engineering**
**20816 E Princeton Pl**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$303,209.51** |
|---|---|---|---|

**Rago Enterprises, LLC**
**5610 FM 2218**
**Richmond, TX 77469**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$571.42** |
|---|---|---|---|

**Rain for Rent**
**File 52541**
**Denver, CO 80221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$454,545.44** |
|---|---|---|---|

**Randy's Drywall Services, LLC**
**4112 Kodiak Court**
**Unit A**
**Longmont, CO 80504**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

---

**3.173** | Nonpriority creditor's name and mailing address
Raw Creative
3795 East 38th Ave, Unit B
Denver, CO 80205

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,289.20**

---

**3.174** | Nonpriority creditor's name and mailing address
Raynor Door Authority of Denver
5160 Havana Street
Unit G
Denver, CO 80239

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

**$140,429.95**

---

**3.175** | Nonpriority creditor's name and mailing address
RDS Environmental Inc.
11603 Teller St. Suite A
Broomfield, CO 80020

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,625.72**

---

**3.176** | Nonpriority creditor's name and mailing address
Ready Temporary Services
2600 Executive Parkway
Suite 160
Lehi, UT 84043

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,386.30**

---

**3.177** | Nonpriority creditor's name and mailing address
RealPage Utility Management, Inc
2201 Lakeside Blvd
Richardson, TX 75082

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

**$33,379.75**

---

**3.178** | Nonpriority creditor's name and mailing address
Resolute Industrial
P.O. Box 734443
Chicago, IL 60673-4443

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,553.54**

---

**3.179** | Nonpriority creditor's name and mailing address
Rio Grande - RPD
500 Osage St
Denver, CO 80204

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

**$130,607.40**

---

Debtor  **Martines Palmeiro Construction, LLC**
Name

Case number (if known)  **25-12313 TBM**

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,286.26 |
|---|---|---|---|

**Rio, LLC**
**15635 Dallas Street**
**Brighton, CO 80602-5603**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $785.00 |
|---|---|---|---|

**Rocky Mountain Backflow**
**4403 E 107th Pl**
**Denver, CO 80233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,344.48 |
|---|---|---|---|

**Rocky Mountain Bottled Water**
**7502 South Grant Street**
**Littleton, CO 80122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,602.50 |
|---|---|---|---|

**Rocky Mountain Meridian, Inc.**
**12760 Stroh Ranch Way, Suite 200**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,634.66 |
|---|---|---|---|

**Royal Textile Products Company, Inc.**
**1330 Zuni Street, Suites A - E**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,546.75 |
|---|---|---|---|

**Rusin Concrete Construction**
**2475 Waynoka Pl. Ste. A**
**Colorado Springs, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RW Marble Ironworks Owner, L.P.**
**5605 Glenridge Drive, Suite 775**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Fox Iron Works - Construction Contract**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number *(if known)* | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,614.36** |
|---|---|---|---|

**Salvato Supply**
**3845 Pierson Ct**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$99,276.94** |
|---|---|---|---|

**Samsung Electronics America, Inc.**
**85 Challenger Rd.**
**Ridgefield Park, NJ 07660**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,817.00** |
|---|---|---|---|

**Sherman & Howard, LLC**
**675 15th Street Suite 2300**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,513.21** |
|---|---|---|---|

**Shimmer Screen**
**741 S Fulton Ave**
**Mount Vernon, NY 10550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,838.26** |
|---|---|---|---|

**Simple Homes, LLC**
**5151 Bannock Street, Bldg. H**
**Denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

Basis for the claim:  __Subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$348,766.24** |
|---|---|---|---|

**SNR Contractors & Associates**
**19029 E. Plaza Drive**
**Suite 250**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  __2024__

Basis for the claim:  __Subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$575,614.79** |
|---|---|---|---|

**Specialty Appliance, Inc.**
**8775 E. Orchard Rd. Suite 805**
**Greenwood Village, CO 80111**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  __2024__

Basis for the claim:  __Subcontractor__

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Martines Palmeiro Construction, LLC**                     Case number *(if known)*   **25-12313 TBM**
_____
Name

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,260.00** |
|---|---|---|---|
| | **Standard Fence Company**<br>**1390 E 64th Ave**<br>**Denver, CO 80229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$368,667.79** |
|---|---|---|---|
| | **Standard Interiors**<br>**1050 W. Hampden Ave.**<br>**Suite 300**<br>**Englewood, CO 80110** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred 2024 | **Basis for the claim:** Subcontractor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
|---|---|---|---|
| | **Static Electric, LLC**<br>**8330 Hackamore Rd.**<br>**Littleton, CO 80125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2024 | **Basis for the claim:** Subcontractor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,477.00** |
|---|---|---|---|
| | **Stealth Monitoring**<br>**P.O. Box 95490, 15182 Marsh Lane**<br>**Addison, TX 75001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,829.14** |
|---|---|---|---|
| | **Steel City Glass**<br>**7003 E. 47th Avenue Dr. Suite A 100**<br>**Denver, CO 80216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2024 | **Basis for the claim:** Subcontractor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$574,809.61** |
|---|---|---|---|
| | **Steele Bros. Heating, Inc.**<br>**7147 Reynolds Dr.**<br>**Sedalia, CO 80135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2024 | **Basis for the claim:** Subcontractor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,570.26** |
|---|---|---|---|
| | **Steelock General Fence Contractor, Inc.**<br>**2690 E. 789th Avenue**<br>**Denver, CO 80229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2024 | **Basis for the claim:** Subcontractor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,335.72**

**Straight-up Striping, Inc**
26957 E Otero Pl
Aurora, CO 80016

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$102,770.77**

**Stresscon Corp.**
3210 Astrozon Blvd
Colorado Springs, CO 80910

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,304.73**

**Sturgeon Electric Company**
12150 E 112 Ave
Henderson, CO 80640

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$263,024.78**

**Summit Steel Fabricators, Inc**
2004 Federal Rd
Houston, TX 77015

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$119,028.78**

**Sunbelt Rentals**
P.O. Box 409201
Atlanta, GA 30384

Date(s) debt was incurred __2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$154,157.48**

**Sunland Asphalt**
1625 E. Northern Ave.
Phoenix, AZ 85020

Date(s) debt was incurred __2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$623.36**

**Sunstate Equipment Co., LLC**
P.O. Box 208439
Dallas, TX 75320-8439

Date(s) debt was incurred __2024__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,450.00**

**Surescape Insurance Services**
**7800 S. Elati Street**
**Suite 100**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,725.00**

**Surface Experts**
**14982 Delhi Ave**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76,307.00**

**Surface Magic, LLC**
**11890 E. 118th Ave.**
**Henderson, CO 80640**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Subcontractors**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,182.86**

**Sylvester's Maintenance & Mechanical LLC**
**8530 Concord Center Dr, Suite 100**
**Centennial, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$345,483.04**

**Systems Management Group, LLC**
**18850 E. Clarke Rd.**
**Unit 100**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$289,874.78**

**The Colorado Floor Company**
**5420 Ward Road**
**Arvada, CO 80002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156,331.30**

**The Hiller Companies, LLC**
**P.O. Box 842390**
**Los Angeles, CA 90084-2390**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

**Basis for the claim:  Subcontractor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,384.88** |
|---|---|---|---|
| | **The Sliding Door Company**<br>**601 S Broadway Suite Y**<br>**Denver, CO 80209** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57,569.81** |
|---|---|---|---|
| | **Tiley Roofing, Inc.**<br>**4545 E. 60th Ave.**<br>**Commerce City, CO 80022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$240,000.00** |
|---|---|---|---|
| | **Tony Lajimodiere**<br>**2100 North Downing Street**<br>**Denver, CO 80205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Contribution__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,310.80** |
|---|---|---|---|
| | **Tool Country, Inc.**<br>**P.O. Box 17904**<br>**Denver, CO 80217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,394.19** |
|---|---|---|---|
| | **Top Gun Pressure Wash**<br>**500 W 67th St #1**<br>**Longmont, CO 80538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$387,388.57** |
|---|---|---|---|
| | **Tower Electric**<br>**8925 E. Nichols Ave.**<br>**Suite 100**<br>**Centennial, CO 80112** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$165,023.69** |
|---|---|---|---|
| | **Tract Interiors, LLC**<br>**58 Inverness Drive East**<br>**Suite 202**<br>**Englewood, CO 80112-5107** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Subcontractor__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

---

**3.222** | Nonpriority creditor's name and mailing address
**Tricor Group LLC**
5994 S. Prince St, Ste 100
Littleton, CO 80120

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$3,999.51

---

**3.223** | Nonpriority creditor's name and mailing address
**United Rentals (North America), Inc.**
P.O. Box 840514
Dallas, TX 75284

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

$20,983.56

---

**3.224** | Nonpriority creditor's name and mailing address
**United Site Services**
P.O. Box 53267
Phoenix, AZ 85072

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

$23,665.59

---

**3.225** | Nonpriority creditor's name and mailing address
**Universal Steel Craft, Inc.**
11800 Grandy St., Ste. 11800
Brighton, CO 80603

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

$65,556.05

---

**3.226** | Nonpriority creditor's name and mailing address
**Viking Industry, Inc.**
11088 Asbee St
Peyton, CO 80831

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$2,081.15

---

**3.227** | Nonpriority creditor's name and mailing address
**Waco Scaffolding & Equipment**
121 E 58th Ave
Denver, CO 80216

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$4,023.17

---

**3.228** | Nonpriority creditor's name and mailing address
**Waste Connections of Colorado**
Denver District
P.O. Box 660177
Dallas, TX 75266-0177

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

$6,205.76

---

Debtor  **Martines Palmeiro Construction, LLC**
_____
Name

Case number (if known)  **25-12313 TBM**

| | |
|---|---|
| 3.229 | **West Direct Equipment Savers, LLC**<br>**1380 Zuni St**<br>**Denver, CO 80239** | $1,597.39 |

| 3.229 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,597.39** |
|---|---|---|
| **West Direct Equipment Savers, LLC**<br>**1380 Zuni St**<br>**Denver, CO 80239**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Vendor_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.230 **Nonpriority creditor's name and mailing address**<br>**Western Disposal, Inc.**<br>**P.O. Box 174466**<br>**Denver, CO 80217-4466**<br><br>Date(s) debt was incurred _2024_<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Subcontractor_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,915.23** |
| 3.231 **Nonpriority creditor's name and mailing address**<br>**Whirlpool Corporation**<br>**PO Box 88129**<br>**Chicago, IL 60695-1129**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Vendor_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$920,262.32** |
| 3.232 **Nonpriority creditor's name and mailing address**<br>**White Cap**<br>**501 W Church St**<br>**Orlando, FL 32805**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Vendor_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,022.66** |
| 3.233 **Nonpriority creditor's name and mailing address**<br>**Willams Scotsman, Inc.**<br>**P.O. Box 91975**<br>**Chicago, IL 60693-1975**<br><br>Date(s) debt was incurred _2024_<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Subcontractor_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$24,533.86** |
| 3.234 **Nonpriority creditor's name and mailing address**<br>**Xcel Energy**<br>**P.O. Box 9477**<br>**Minneapolis, MN 55484-9477**<br><br>Date(s) debt was incurred _2024_<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Utilities_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,265.09** |
| 3.235 **Nonpriority creditor's name and mailing address**<br>**Xerox Business Solutions Southwest**<br>**8200 IH 10 West Suite 400**<br>**San Antonio, TX 78230**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Vendor_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$818.04** |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Martines Palmeiro Construction, LLC** | Case number (if known) | **25-12313 TBM** |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Acme Scenic and Display, Inc.**<br>**7737 NE Lombard St**<br>**Portland, OR 97218** | Line  **3.6** <br><br>☐  Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ **0.00** |
| **5b. Total claims from Part 2** | 5b.  + | $ _____ **21,324,869.64** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ **21,324,869.64** |

Fill in this information to identify the case:

Debtor name **Martines Palmeiro Construction, LLC**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) **25-12313 TBM**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Construction Contract for AVB - Westminster Prominade Apartment Project** | **Avalon Westminster Prominade, LLC c/o AvalonBay Commuities, Inc. Attn: Brian Packard, Sr. Dir. of Constr. 5050 South Syracuse St Ste 1025 Denver, CO 80237** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Construction Contract - 1901 South Hover Street** | **Hover Property Owner, LLC 5605 Glenridge Drive, Suite 775 Atlanta, GA 30342** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Construction Contract - Plaza Fitzsimons** | **Plaza Fitzsimons Owner, LLC 1610 R Street, Suite 250 Sacramento, CA 95811** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Construction Contract - Central Park Station** | **PR III/HSR Central Park Denver I, LLC c/o High Street Denver, Inc. 1225 17th St Ste 3175 Denver, CO 80202** |

Debtor 1   **Martines Palmeiro Construction, LLC**                              Case number *(if known)*   **25-12313 TBM**

      First Name            Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract - Fox Iron Works** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **RW Marble Ironworks Owner, L.P.**<br>**5605 Glenridge Drive, Suite 775**<br>**Atlanta, GA 30342** |

**Fill in this information to identify the case:**

Debtor name    **Martines Palmeiro Construction, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   **25-12313 TBM**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br><br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br><br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br><br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br><br>City        State        Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **Martines Palmeiro Construction, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)    **25-12313 TBM**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 19, 2025**      X **/s/ Michael Martines**
Signature of individual signing on behalf of debtor

**Michael Martines**
Printed name

**Managing Member of MPC Holding Company, LLC**
Position or relationship to debtor