# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| Martines Palmeiro Construction, LLC | Case No. 25-12313 TBM |
| EIN: 27-5490625 | Chapter 11 |
| Debtor. | |

## ORDER APPROVING SETTLEMENT AGREEMENT
## WITH SUBCONTRACTOR RIO GRANDE CO.

THIS MATTER is before the Court on the Motion to Approve Settlement Agreement with Subcontractor Rio Grande Co. (the "Motion") filed by the Debtor, Martines Palmeiro Construction, LLC. The Court has reviewed the Debtor's Motion and is otherwise advised in the premises. Therefore, it is hereby

ORDERED that the Debtor's Motion is GRANTED. The Settlement Agreement in the form attached to the Motion as **Exhibit 1** is hereby approved.

Dated: _____, 2025.

BY THE COURT:

_____
Hon. Thomas B. McNamara
United States Bankruptcy Judge