# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>MARTINES PALMEIRO CONSTRUCTION, LLC,<br><br>Debtor. | Bankruptcy Case No. 25-12313 TBM<br>Chapter 11 |

---

### ORDER AND NOTICE OF HEARING ON (1) APPLICATION TO EMPLOY ALLEN VELLONE WOLF HELFRICH & FACTOR; AND (2) MOTION TO APPROVE SETTLEMENT AGREEMENT

---

**IT IS HEREBY ORDERED** that on **Wednesday, July 23, 2025, at 2:00 p.m.** the Court will hold an in-person non-evidentiary hearing on (1) the "Amended Application to Employ Allen Vellone Wolf Helfrich & Factor" (Docket No. 14, the "Application") filed by the Debtor, Martines Palmeiro Construction, LLC (the "Debtor"), and the Objection thereto (Docket No. 43) filed by the United States Trustee; and (2) "Debtor's Motion to Approve Settlement Agreement with Chris Bridgeford and Letitia Marie Bridgeford, Individually and as Trustees of the Letitia Marie Bridgeford Revocable Trust, the Letitia Marie Bridgeford Revocable Trust, FirsTier Bank – Nebraska Corp. d/b/a FirsTier Bank and FirstTier Bank – Nebraska, L.M. Armstrong/Bridgeford Construction LLC, and Integrity Concrete & Foundations, LLC" (Docket No. 66, the "Motion to Approve") filed by the Debtor, and the Objection thereto (Docket No. 82) filed by the United States Trustee.  The hearing will be held in Courtroom E, United States Bankruptcy Court, U.S. Custom House, 721 19th Street, Denver, Colorado 80202.

If counsel and/or parties elect to participate by telephone, all telephonic participants shall call the Court at: 1-833-568-8864 or 1-833-435-1820 <u>at least five (5) minutes prior</u> to the time of the scheduled hearing.  Enter the Meeting ID: 160 248 1883, press # when prompted to enter participant ID.  The Court strongly recommends use of a land line if appearing by phone. Please stay on the line until the Court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in Court, it will be deemed a failure to appear. Failure to connect to the conference call line in a timely manner may preclude your participation in the hearing.  In the event you are otherwise unable to connect after following the instructions provided above, please call the Court at 720-904-7300 for assistance.

**NOTICE IS GIVEN** that at the time of the hearing, the parties shall be prepared to discuss any legal issues related to the Application and the Motion to Approve and to advise the Court whether any factual issues require resolution through an evidentiary hearing.  If an evidentiary hearing is required, the parties shall be prepared to advise the Court regarding the timing of such hearing, discovery needed and time required to

conduct such discovery, the amount of time required for an evidentiary hearing, and the number of witnesses they anticipate they will need to call. If it is necessary to receive evidence to resolve the matter, the scheduled hearing may be used as a scheduling conference and the matter will be reset to a later date. Counsel/parties *shall bring their calendars* and be prepared to schedule any further hearing as required.

DATED this 2nd day of July, 2025.

BY THE COURT:

*Thomas B. McNamara*
Thomas B. McNamara,
United States Bankruptcy Judge