**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

In re:

MARTINES PALMEIRO CONSTRUCTION, LLC,

Debtor.

Bankruptcy Case No. 25-12313 TBM

Chapter 11

STRESSCON CORP.,

Movant,

v.

MARTINES PALMEIRO CONSTRUCTION, LLC,

Respondent.

## ORDER DENYING MOTION FOR RELIEF FROM STAY

THIS MATTER comes before the Court on the "Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. § 362(d)" (Docket No. 120, the "Motion") filed July 21, 2025, by Stresscon Corp. ("Stresscon").

On July 22, 2025, the Clerk of the Court issued a "Notice of Deficiency, Requirement to Cure, and Recommendation for Dismissal of Motion for Relief from Stay" (Docket No. 132, the "Notice"), in which the Clerk noted that Stresscon had failed to comply with L.B.R. 4001-1(a)(1) by scheduling the date, time, and location of the preliminary hearing on the calendar of the judge to whom the case is assigned. In the Notice, the Clerk gave Stresscon Corp. until July 29, 2025, to cure the deficiencies identified, and warned that if the deficiencies were not cured on or before that deadline, the Clerk would recommend to the Court that the Motion be denied for lack of proper prosecution. Stresscon Corp. has failed to respond or cure the deficiencies. Given this failure, the Court finds that the Motion should be dismissed for lack of prosecution and failure to comply with L.B.R. 4001-1. It is, therefore,

ORDERED that the Motion for Relief from Stay (Docket No. 120) is DENIED without prejudice pursuant to L.B.R. 4001-1(a)(5).

DATED this 30th day of July 2025.

BY THE COURT:

_Thomas B. McNamara_
Thomas B. McNamara,
United States Bankruptcy Judge