UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | |
| Martines Palmeiro Construction, LLC | Case No. 25-12313 TBM |
| Debtor. | Chapter 11 |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEBTOR TO RETAIN NEW COUNSEL**

THIS MATTER comes before the Court on the Motion for Extension of Time For Debtor To Retain New Counsel (Docket No. 141, the "Motion") filed by Allen Vellone Wolf Helfrich & Factor P.C. (the "Firm") for the benefit of Martines Palmeiro Construction, LLC's (the "Debtor"). The Firm notes that the Debtor has encountered significant difficulties retaining new 11 U.S.C. § 327(a) counsel and requests an additional ten days for the Debtor to secure representation. The Court, having reviewed the Motion and being advised of the premises therein, hereby

ORDERS that the Motion is GRANTED. The Debtor may submit an application to employ 11 U.S.C. § 327(a) counsel on or before August 13, 2025.

Dated this 5th day of August 2025.

By the Court:

*Thomas B. McNamara*
Hon. Thomas B. McNamara
United States Bankruptcy Court Judge