UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 25-12313-TBM |
| MARTINES PALMEIRO CONSTRUCTION, LLC | ) |
| | ) |
| | ) Chapter 11 |
| Debtor. | ) |

## SUBSTITUTION OF COUNSEL

Keri L. Riley, Esq. of Kutner Brinen Dickey Riley, P.C. hereby enters her appearance on behalf of Debtor and Debtor-in-Possession Martines Palmeiro Construction, LLC and Jeffrey Weinman, Esq., Patrick D. Vellone, Esq., Katharine S. Sender, Esq., and Brenton L. Gragg, Esq. of the law firm Allen Vellone Wolf Helfrich & Factor, P.C. each hereby withdraw as counsel of record in the above captioned case.

DATED August 13, 2025

Respectfully submitted,

By: /s/ *Keri L. Riley*
Keri L. Riley, #47605
KUTNER BRINEN DICKEY RILEY, P.C.
1660 Lincoln Street, Suite 1720
Denver, CO 80264
klr@kutnerlaw.com
Telephone: 303-832-2400

-and-

Respectfully submitted,

/s/ Brenton Gragg
Jeffrey A. Weinman #7605
Patrick Vellone, #15284
Katharine S. Sender #47925
Brenton Gragg, #52528
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1900
Denver, Colorado 80202
(303) 534-4499
JWeinman@allen-vellone.com
PVellone@allen-vellone.com
KSender@allen-vellone.com
BGragg@allen-vellone.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 13, 2025 I served by ECF a copy of the **SUBSTITUTION OF COUNSEL** on all parties against whom relief is sought and those otherwise entitled to service pursuant to FED.R.BANKR.P. and these L.B.R. at the following addresses:

Paul Moss, Esq.
US Trustee Office
1961 Stout Street
Suite 12-200
Denver, CO 80294

David Law, Esq.
1900 West Littleton Blvd.
Littleton, CO 80120

Peter A. Cal, Esq.
Taft Stettinius & Hollister LLP
675 Fifteenth Street
Suite 2300
Denver, CO 80202

William H. Eikenberry, Esq.
Jones & Keller, P.C.
1675 Broadway
28th Floor
Denver, CO 80202

Felicia Steele, Esq.
EnCon United
2140 South Ivanhoe Street
Denver, CO 80222

Mark Gruskin, Esq.
Senn Visiano Canges PC
1700 Lincoln Street
Suite 2100
Denver, CO 80203

Matthew S. Rork, Esq.
1801 California Street
Suite 2600
Denver, CO 80202

Daniel J. Garfield, Esq.
Fairfield and Woods, P.C.
1801 California Street
Suite 2600
Denver, CO 80202

Steven E. Abelman, Esq.
Brownstein Hyatt Farber Schreck, LLP
675 Fifteenth Street
Suite 2900
Denver, CO 80202

Shawn Christianson, Esq.
Buchalter PC
425 Market Street
Suite 2900
San Francisco, CA 94105

Adam Reginald Ausmus, Esq.
Ausmus Law Firm, P.C.
6020 Greenwood Plaza Blvd.
Suite 100
Greenwood Village, CO 80111

Melissa Ogburn, Esq.
Jacob B. Elsner, Esq.
Montgomery Amatuzio
720 South Colorado Blvd.
Suite 1200-N
Denver, CO 890246

Henry Alan Sand, Esq.
Sand Law, PLLC
P.O. Box 6333
Broomfield, CO 80021

Daniel V. Woodward, Esq.
Cardi & Schulte, LLC
5460 South Quebec Street
Suite 300
Greenwood Village, CO 80111

Anthony L. Leffert, Esq.
1099 18th Street
Suite 2600
Denver, CO 80202

Hilary A. Roland, Esq.
Mulliken Weiner Berg & Jolivet, P.C.
102 South Tejon
Suite 900
Colorado Springs, CO 80903

Kyler Burgi, Esq.
Davis Graham & Stubbs LLP
3400 Walnut Street
Suite 700
Denver, CO 80205

David M. Miller, Esq.
Spencer Fane LLP
1700 Lincoln Street
Suite 2000
Denver, CO 80203

Edward Rubacha I, Esq.
Jennings Haug Keleher McLeod Waterfall
2800 North Central Avenue
Suite 1800
Phoenix, AZ 85004


**/s/Vicky Martina**
**Vicky Martina**