| Fill in this information to identify your case | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO | | |
| Debtor 1: Martines Palmiero Construction, LLC | Case #: | 25-12313-TBM |
| Debtor 2: | Chapter: | 11 |

**Local Bankruptcy Form 9013-1.1**
**Notice of Motion/Application and Hearing**

Complete applicable sections.

### Part 1   Objection Deadline

Objection Deadline: **09/04/2025**

### Part 2   Notice

NOTICE IS HEREBY GIVEN that Creditor Plaza Fitzsimons Owner, LLC (the "Movant"), has filed a Motion, **Motion to Convert Bankruptcy Case (the "Motion")**, with the Court and requests the following relief:

The Movant seeks the Court to enter an order converting the case to Chapter 7.

A hearing on the Motion has been has been set for **September 18, 2025,** at **9:00 a.m.** at the U.S. Bankruptcy Court, U.S. Custom House, 721 19th Street, Courtroom E, Fifth Floor, Denver, Colorado 80202. The hearing will be conducted in accordance with the provisions of L.B.R. 2081-3.

If you oppose the Application or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the Movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely, substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

### Part 3   Signature of Movant's Attorney or Movant (if unrepresented)

Dated: August 21, 2025.

        **FAIRFIELD AND WOODS, P.C.**

        By: */s/ Daniel J. Garfield*
        Daniel J. Garfield, #26054
        Matthew S. Rork, #38434
        1801 California Street, Suite 2600
        Denver, Colorado 80202
        Phone: (303) 830-2400
        Fax: (303) 830-1033
        E-mail:  dgarfield@fwlaw.com
        Email: mrork@fwlaw.com

        *Attorneys for Creditor*
        *Plaza Fitzsimons Owner, LLC*