UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

|  |  |
|---|---|
| In re: | Chapter 11 |
| MARTINES PALMEIRO CONSTRUCTION, LLC, | Case No. 25-12313 (TBM) |
| Debtor. | |

**Local Bankruptcy Form 4001-1.2**
**Movant's Certificate of Non-Contested Matter and Request for Entry of Order**
**(re: Motion for Relief from Stay)**

**Complete applicable sections.**

### Part 1  Certificate and Request

On **December 23, 2025**, **FMF Littleton, LLC** filed a motion pursuant to L.B.R. 4001-1 entitled, **Motion of FMF Littleton, LLC for Relief from Automatic Stay to Pursue Pending State Court Litigation** (docket no. **276**).  Movant hereby certifies and shows the Court:

1. Service of the notice and motion were timely made on all parties against whom relief is sought pursuant to L.B.R. 4001-1(a), or in the manner permitted by an order of the Court, as is shown on the certificate of service previously filed with the notice.
2. A hearing on said motion/application was scheduled for **January 22, 2026** at **9am.**
3. No objections to or requests for hearing on the motion were received by the undersigned or filed with the court or, if filed, were withdrawn.

WHEREFORE, Movant prays that the Court forthwith enter an order, a form of which was submitted to the Court with the Motion (docket no. **276**) granting the requested relief.

### Part 2  Signature of Movant's Attorney or Movant (if unrepresented)

Dated: January 16, 2026

By: /s/ John Wharton
    Signature

Bar Number (if applicable): #47776
Mailing Address: 1144 15th St., Ste. 3300 Denver, CO 80202
Telephone number: 303.572.6500
Facsimile number: 303.572.6540
E-mail address: whartonj@gtlaw.com