United States Bankruptcy Court
District of Colorado

In re:  
Martines Palmeiro Construction, LLC  
    Debtor

Case No. 25-12313-TBM  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 3  
Date Rcvd: Jan 15, 2026     Form ID: pdf904     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martines Palmeiro Construction, LLC, 2100 Downing Street, Denver, CO 80205-5271 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Reginald Ausmus | on behalf of Creditor Messer Painting LLC adam@ausmuslaw.com |
| Anthony L. Leffert | on behalf of Creditor Freund & Freund Plumbing and Heating LLC aleffert@rwolaw.com nolson@rwolaw.com |
| Brenton L. Gragg | on behalf of Interested Party Allen Vellone Wolf Helfrich & Factor P.C. Brenton.Gragg@michaelbest.com allen-vellone@myecfx.com,litigationcalendaring@michaelbest.com,michaelbest@ecfxmail.com,courtmail@michaelbest.com |
| Daniel J Garfield | on behalf of Creditor Plaza Fitzsimons Owner LLC dgarfield@fwlaw.com, Garfield.DanielB145538@notify.bestcase.com;dlawrence@fwlaw.com;paralegal@fwlaw.com;awright@fwlaw.com |
| Daniel J Garfield | on behalf of Plaintiff Plaza Fitzsimons Owner LLC dgarfield@fwlaw.com, Garfield.DanielB145538@notify.bestcase.com;dlawrence@fwlaw.com;paralegal@fwlaw.com;awright@fwlaw.com |

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 15, 2026 | Form ID: pdf904 | Total Noticed: 1 |

Daniel V. Woodward
    on behalf of Creditor Frontier Fire Protection LLC dwoodward@csf-legal.com

David Law
    on behalf of Creditor The Hiller Companies  LLC dbl@millerandlaw.com, npt@millerandlaw.com,mms@millerandlaw.com

David Law
    on behalf of Creditor Perfection Painting Company dbl@millerandlaw.com  npt@millerandlaw.com,mms@millerandlaw.com

David M. Miller
    on behalf of Creditor Associated Cement Contractors Inc dmiller@spencerfane.com
david-miller-7513@ecf.pacerpro.com;mbir@spencerfane.com;jkallweit@spencerfane.com

Edward Rubacha, I
    on behalf of Attorney Arch Insurance Company er@jkwlawyers.com  ra@jhkmlaw.com,docket@jhkmlaw.com

Erin Edelman
    on behalf of Interested Party Dominion Construction Services  LLC eedelman@atllp.com, trader@atllp.com

Erin Edelman
    on behalf of Interested Party Dominion Construction  LLC eedelman@atllp.com, trader@atllp.com

Erin Edelman
    on behalf of Interested Party Dominion Development and Construction  LLC eedelman@atllp.com, trader@atllp.com

Felicia Steele
    on behalf of Creditor Stresscon Corp. fsteele@enconunited.com

Henry Alan Sand
    on behalf of Creditor GTH Excavating Corporation hsand@sandattorneys.com

Hilary A Roland
    on behalf of Creditor Colorado Flatwork  Incorporated hroland@mullikenlaw.com,
lbaldwin@mullikenlaw.com;sriggs@mullikenlaw.com

Jacob B Elsner
    on behalf of Creditor Black Roofing jelsner@mac-legal.com  strujillo@mac-legal.com

Jacob B Elsner
    on behalf of Creditor Kodiak Interiors Group  LLC d/b/a Specialty Appliance jelsner@mac-legal.com, strujillo@mac-legal.com

John A. Wharton
    on behalf of Creditor FMF LITTLETON LLC whartonj@gtlaw.com
john-wharton-0062@ecf.pacerpro.com,Slovana.Mancuso@gtlaw.com

Keri L. Riley
    on behalf of Defendant Martines Palmeiro Construction  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Debtor Martines Palmeiro Construction  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Counter-Defendant Martines Palmeiro Construction  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Keri L. Riley
    on behalf of Plaintiff Martines Palmeiro Construction  LLC klr@kutnerlaw.com, vlm@kutnerlaw.com

Kyler Burgi
    on behalf of Interested Party Avalon Westminster Promenade LLC kyler.burgi@davisgraham.com
paige.finnell@davisgraham.com

Mark Gruskin
    on behalf of Creditor Simple Homes  LLC mgruskin@sennfortis.com, bparedes@sennlaw.com

Mark Gruskin
    on behalf of Creditor Four Star Drywall Residential  Inc. mgruskin@sennfortis.com, bparedes@sennlaw.com

Matthew S. Rork
    on behalf of Creditor Plaza Fitzsimons Owner  LLC mrork@fwlaw.com, smeyer@fwlaw.com,paralegal@fwlaw.com

Matthew S. Rork
    on behalf of Defendant Plaza Fitzsimons Owner  LLC mrork@fwlaw.com, smeyer@fwlaw.com,paralegal@fwlaw.com

Matthew S. Rork
    on behalf of Counter-Claimant Plaza Fitzsimons Owner  LLC mrork@fwlaw.com, smeyer@fwlaw.com,paralegal@fwlaw.com

Melissa Ogburn
    on behalf of Creditor Kodiak Interiors Group  LLC d/b/a Specialty Appliance mogburn@mac-legal.com, Strujillo@mac-legal.com

Melissa Ogburn
    on behalf of Creditor Black Roofing mogburn@mac-legal.com  Strujillo@mac-legal.com

Paul Moss

District/off: 1082-1     User: admin     Page 3 of 3
Date Rcvd: Jan 15, 2026     Form ID: pdf904     Total Noticed: 1

| | |
|---|---|
| | on behalf of U.S. Trustee US Trustee Paul.Moss@usdoj.gov |
| Peter A. Cal | on behalf of Debtor Martines Palmeiro Construction LLC pcal@taftlaw.com, rneal@taftlaw.com,DEN_Docket_Assist@taftlaw.com |
| Peter A. Cal | on behalf of Creditor Taft Stettinius & Hollister LLP pcal@taftlaw.com, rneal@taftlaw.com,DEN_Docket_Assist@taftlaw.com |
| Shawn Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Steven E. Abelman | on behalf of Defendant RW Marble Ironworks Owner LP sabelman@bhfs.com, gpassow@bhfs.com |
| Steven E. Abelman | on behalf of Creditor PR III/HSR Central Park Denver I Owner LLC sabelman@bhfs.com, gpassow@bhfs.com |
| Todd C. Toral | on behalf of Defendant Plaza Fitzsimons Owner LLC ttoral@jenner.com |
| Todd C. Toral | on behalf of Creditor Plaza Fitzsimons Owner LLC ttoral@jenner.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |
| William A. Williams | on behalf of Creditor Plaza Fitzsimons Owner LLC wwilliams@jenner.com |
| William A. Williams | on behalf of Defendant Plaza Fitzsimons Owner LLC wwilliams@jenner.com |
| William H Eikenberry | on behalf of Creditor Landtech Contractors LLC beikenberry@cityparklegal.com, emorse-lee@joneskeller.com |
| William H Eikenberry | on behalf of Creditor Sunbelt Rentals Inc. beikenberry@cityparklegal.com, emorse-lee@joneskeller.com |

TOTAL: 44

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Thomas B. McNamara

| | |
|---|---|
| In re:<br><br>MARTINES PALMEIRO<br>CONSTRUCTION, LLC,<br><br>Debtor. | Bankruptcy Case No. 25-12313 TBM<br>Chapter 11 |

**ORDER TO FILE STATUS REPORT OR PLAN AND DISCLOSURE STATEMENT**
_____

  The Debtor, Martines Palmeiro, LLC ("Debtor"), filed its Chapter 11 case on April 21, 2025. Debtor has managed to negotiate and, in many cases, obtain approval of several settlement agreements with creditor subcontractors that have both reduced the number of creditors and reduced the overall claims pool for the Debtor's estate. However, and despite the fact that the Debtor has stated (as recently as November 24, 2025, at a trial before the Court) that it intends to file a Chapter 11 plan in the near term providing for liquidation of the Debtor's estate, the Debtor has yet to file a disclosure statement or plan. The Court is concerned that the Debtor has failed to make sufficient progress toward a plan and that the case may be languishing.

  Accordingly, pursuant to 11 U.S.C. § 105(d) and the Court's inherent authority to control its docket and further the expeditious and economical resolution of this case, the Court hereby

  ORDERS that the Debtor shall have until **February 5, 2026**, by which to file either (a) a status report addressing the status of the Debtor's efforts to prepare and file a disclosure statement and plan or (b) a disclosure statement and plan.

  DATED this 15th day of January, 2026.

            BY THE COURT:

            _____
            Thomas B. McNamara,
            United States Bankruptcy Judge